UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | ) |
| | ) |
| DCA OUTDOOR, INC., et al,[1] | ) Case No. 25-50053-can |
| | ) CHAPTER 11 |
| Debtors. | ) (Jointly Administered) |

## ORDER GRANTING APPLICATION FOR EMPLOYMENT OF AUCTIONEERS FOR DEBTORS AND PRELIMINARY APPROVAL OF FEE ARRANGEMENT [DOC. #506]

Upon consideration of the *Debtors' Application for Employment of Auctioneers for Debtors and Preliminary Approval of Fee Arrangement* (Docket # 506) (the "**Application**")[2], and it appearing that the Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; the Court having determined that venue is proper under 28 U.S.C. § 1409; this is a core proceeding pursuant to 28 U.S.C. § 157(a); and the Court having determined that proper and adequate notice of the Application has been given and that no other or further notice is required; and it further appearing there have been no objections to the Application; and it further appearing that the relief requested in the Application is reasonable and necessary and in the best interest of the bankruptcy estates; and after due deliberation thereon; and good and sufficient cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Application is GRANTED as stated therein.

---

[1] The other Debtors in these Chapter 11 cases are as follows, with the last four digits of their respective EINs: Anna Evergreen, LLC (2226); Brehob Nurseries, LLC (3791); Colonial Farms, LLC (3736); Colonial Gardens Developments, LLC (2413), Colonial Gardens, LLC (9612); DCA Land Holdings Company, LLC (4280); DCA Land Illinois, LLC (1397); (DCA Land Indiana, LLC (4848); DCA Land Kansas, LLC (8049); DCA Land Kentucky, LLC (4280); DCA Land Missouri, LLC (6728); DCA Land Oregon, LLC (6830); KAT Nurseries, LLC (4682); PlantRight Supply, LLC (3464); Schwope Brothers Tree Farm, LLC (6725); Schwope Brothers West Coast, LLC (2354; Utopian Plants Indiana, LLC (8385); Utopian Transport, LLC (3456); Utopian Trees, Inc. (3868). The Debtors' corporate headquarters and service address for these Chapter 11 cases is 5840 NW Prairie View Road, Kansas City, Missouri 64151

[2] Capitalized terms not otherwise defined herein have the same meaning as in the Application.

4896-4764-4557, v. 1

2. Elting Auction Co., and its auctioneers are members who are disinterested parties as defined in 11 U.S.C. § 101(14), representing no interest adverse to the Debtors or the Debtors' estate on the matters upon which they are to be engaged, and their employment would be in the best interests of the bankruptcy estate.

3. That compensation paid to Elting Auction Co. for the services rendered in this proceeding shall be subject to the approval of the Court upon the Debtors' application.

4. The Court shall, and hereby does, retain jurisdiction with respect to this Order.

IT IS SO ORDERED.

Dated:  February 5, 2026  /s/ Cynthia A. Norton
 Hon. Cynthia Norton

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO #52343
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys for Debtors*

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

*/s/ Jill D. Parsons*
JILL D. PARSONS, MO #49835
Assistant U.S. Trustee
Office of the U.S. Trustee
400 East Ninth Street, Room 3440
Kansas City, MO 64106
Telephone:  (816) 512-1943
jill.parsons@usdof.gov

4896-4764-4557, v. 1