# EXHIBIT C

| From: | Parres, Larry E.[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BE8B617BB67E4F4B8CD1030C7B2BA574-LARRY E. PA] |
|---|---|
| Sent: | Wed 4/9/2025 4:41:17 PM (UTC-05:00) |
| To: | Juanita Schwartzkopf[j.schwartzkopf@focusmg.com] |
| Cc: | Parres, Larry E.[LParres@lewisrice.com]; Hall, John J.[JHall@lewisrice.com] |
| Bcc: | Tory Schwope[tory@dcaoutdoor.com] |
| Subject: | FW: DCA Outdoor, Inc. - Data Room and Diligence |
| Attachment: | Hilco's Information Request - DCA Outdoor.xlsx |

Juanitta, isn't this what you didn't want to happen—why haven't you talked them off this ledge.  Seems to me I need to get you to be Juanitta I know and lose this lady that things Farm Credit is our friend—they are not.  You called this long ago and this is the kiss of death if I recall your words.  Why is Ryan heading down this path—I feel like they are playing us to get through the spring season and we are playing along.  We need to push back if I recall what you told me.  Let's talk.   Have we started reaching out to replacement lenders who have expressed an interest—I understand they are going to want the 2023 and 2024 audit but we should at least be talking to them.  I do not like where this is headed.



**Larry E. Parres**
lparres@lewisrice.com

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7660 (direct)
314.616.0252 (cell)
314.612.7660 (fax)
www.lewisrice.com

---

**From:** Peters, Lisa M. <Lisa.Peters@KutakRock.com>
**Sent:** Wednesday, April 9, 2025 4:32 PM
**To:** Parres, Larry E. <LParres@lewisrice.com>; Hall, John J. <jhall@lewisrice.com>
**Subject:** [EXTERNAL] RE: DCA Outdoor, Inc. - Data Room and Diligence

Larry and John:

I am just following up on the email below regarding our real estate and inventory appraisers needing access to the Debtors' locations and time with Debtors' management for a discussion of the business and other ordinary course appraisal items. Could we please schedule a call to talk through these logistics and mechanics to make sure the process is efficient and does not unduly take management away from their day-to-day responsibilities?

Attached is Hilco's initial list of documents that it would like from the Debtors. Many of these items may be satisfied by the data room so we will have Hilco review the form of NDA we just used for Ampleo.

**Lisa M. Peters**
Partner

**KUTAK**ROCK

**Kutak Rock LLP**   The Omaha Building  1650 Farnam Street | Omaha, NE 68102
**p:** 402.346.6000   **d:** 402.661.8609
**e:** lisa.peters@kutakrock.com

**From:** Peters, Lisa M.
**Sent:** Thursday, April 3, 2025 10:28 AM
**To:** Parres, Larry E. <LParres@lewisrice.com>; Hall, John J. <jhall@lewisrice.com>
**Subject:** DCA Outdoor, Inc. - Data Room and Diligence

Larry and John:

Would you be willing to provide access to the Debtors' data room to Frontier and Kutak? We are working through the Committee's discovery requests and the requests include documents that, to the extent they are in Frontier's possession, would have been provided by the Debtors to Frontier (by way of non-exclusive example, tax returns). To avoid the inefficiencies of Frontier looking for these types of documents, providing them to Kutak and Kutak then processing them through discovery software and producing them, we are hoping that we can just review what is in the data site and then note for Committee counsel that those documents are in the Debtors' data room.

Additionally, Kutak has retained real estate and inventory appraisers to prepare appraisals of Frontier's real estate and inventory collateral. Both appraisers will need access to the Debtors' locations and would like to talk with Debtors' management as part of the customary appraisal process. The appraisers—primarily the inventory appraiser—has a short list of documents that it needs as well (which we will forward for your review and our discussion). Could we please schedule a call to talk through these logistics and mechanics to make sure the process is efficient and does not unduly take management away from their day-to-day responsibilities? For instance, if the Debtors have any professionals, such as auditors, that would need to similarly visit the locations and talk with management about topics that may overlap with the appraisers, we would look to try to coordinate visits and meetings. Cushman & Wakefield will be doing the real estate appraisals and Hilco will be doing the inventory appraisals.

**Lisa M. Peters**
Partner

**KUTAK**ROCK

**Kutak Rock LLP**   The Omaha Building  1650 Farnam Street | Omaha, NE 68102
**p:** 402.346.6000   **d:** 402.661.8609
**e:** lisa.peters@kutakrock.com

This E-mail message is confidential, is intended only for the named recipients above and may contain information that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error, please notify the sender at 402-346-6000 and delete this E-mail message.
Thank you.