# EXHIBIT D

| | |
|---|---|
| **From:** | Juanita Schwartzkopf[j.schwartzkopf@focusmg.com] |
| **Sent:** | Thur 4/10/2025 11:52:11 AM (UTC-05:00) |
| **To:** | Parres, Larry E.[LParres@lewisrice.com] |
| **Cc:** | Tory Schwope[tory@dcaoutdoor.com]; Samantha Schwope[samantha@dcaoutdoor.com]; Jessica DeGregorio[jessica@dcaoutdoor.com]; Moore, R. Scott[smoore@lewisrice.com]; Hall, John J.[JHall@lewisrice.com]; Mike Scott[mike@dcaoutdoor.com] |
| **Subject:** | [EXTERNAL] Re: 341 Meeting Monday, April 14, 2025 at 9:00 a.m. |
| **Attachment:** | 2025-03-14 Chapter dckt 94_0.pdf |

Available.
Plan not to talk unless directly spoken to.

Does Mike have the complete set of SOFAs and Schedules to upload?  I know I do not.


  Juanita Schwartzkopf
773.724.2082 Office | 773.724.2083 Fax | 520.203.2926 Cell

  j.schwartzkopf@focusmg.com

  **Focus Management Group**
  6585 N. Avondale Ave.
  Chicago, IL 60631


  **www.focusmg.com**


On Apr 10, 2025, at 12:42 PM, Parres, Larry E. <lparres@lewisrice.com> wrote:

The US Trustees Office will conduct the Debtors' 341 Creditors Meeting on Monday, April 14, 2025 at 9:00 a.m. by telephone.  The attached notice states that the call in Number is:

**BY PHONE w/ UST, 1−877−931−2506, 3232936**

I believe each of you should be on the call and have access to the Schedules and Statement of Financial Affairs filed by the Debtors with the Court.  Please make sure Mike Scott has uploaded these to the data room so that you each can see them live on Monday if she asks questions about them. Lewis Rice will be participating in the call and will be on the line.  If something comes up please call my cell phone or text me during the meeting at ---314 616 0252.  The key to this

meeting is speaking as little as possible and to allow Lewis Rice to answer as many questions as possible.   We have nothing to WIN at this meeting and can only LOSE if we talk too much.  All creditors will have a chance to answer questions, and I suspect that we might have Jamie asking questions and I will shut it down after a couple of minutes so please listen to my words as they will be pointing you where I think you should answer.  The key is to get off the phone as quickly as possible.  Please verify your availability—I suspect this could go on from an hour to three hours.



**Larry E. Parres**
lparres@lewisrice.com

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7660 (direct)
314.616.0252 (cell)
314.612.7660 (fax)
www.lewisrice.com

This message, including attachments, is from the law firm of Lewis Rice LLC. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 314-444-7600. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.