# EXHIBIT E

**To:**        Brown, Simeon J.[sbrown@lewisrice.com]; Hall, John J.[JHall@lewisrice.com]
**Cc:**        Drapekin, Steven C.[SDrapekin@lewisrice.com]; Parres, Larry E.[LParres@lewisrice.com]
**From:**      Parres, Larry E.
**Sent:**      2025-02-18T17:50:43Z
**Importance:**        Normal
**Subject:**   RE: Term Sheet - Comments (Schwope)
**Received:**          2025-02-18T17:50:00Z

ANSWERS IN CAPS BELOW



**Larry E. Parres**
lparres@lewisrice.com

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7660 (direct)
314.616.0252 (cell)
314.612.7660 (fax)
www.lewisrice.com

---

**From:** Brown, Simeon J. <sbrown@lewisrice.com>
**Sent:** Tuesday, February 18, 2025 11:40 AM
**To:** Hall, John J. <jhall@lewisrice.com>; Parres, Larry E. <LParres@lewisrice.com>
**Cc:** Drapekin, Steven C. <SDrapekin@lewisrice.com>
**Subject:** Term Sheet - Comments (Schwope)

Hello, John and Larry,

Please see the revised term sheet (clean and redline against Lender's draft) and its NetDocs link below.  Also below are a few notes and questions for your consideration.  The margin comments in the document are internal and should be deleted before this goes on to Kutak or the client.  Please reach out with any questions.

1.  You will notice that Lender's initial draft had a lot of errors/typos.  We cleaned those up to the extent the errors were material or made the document hard to read.  THANK YOU
2.  To confirm, are we fine with this being term loan? We normally see a revolver structure, but term loans are becoming more common.  This term loan is disbursed in two tranches (in conjunction with interim DIP order and then the remainder with the final DIP order).  IM GOOD EITHER WAY
3.  It looks like Schwope in his individual capacity will be filing for bankruptcy. Is that right?  To confirm on that point, is Schwope currently represented by separate counsel then in relation to this DIP Loan?  NO HE IS NOT FILING REMOVE HIM FORM THE LOAN
4.  This DIP Loan contemplates control agreements being put into place for the benefit of the Lenders.  Are deposits held by Farm Credit, or another bank?  Either way, the depository bank's form control agreement should be obtained from it in preparation for the DIP Loan.  AGREED PUT NOTE IN FINASL FORM THAT SAYS WE NEED TO SEE THIS AGREEMENT
5.  I have a handful of comments in the document's margin with "Note to LR" where I have notes for your consideration.  JOHN HALL WILL COMMENT
6.  References to the 363 sale were largely removed where applicable.  Regarding the budget and CRO requirements, we do often see these mechanisms in DIP Facilities.  Noting that, we addressed them as follows:
    a.  For the budget variances, we pushed those out to give the Debtors some breathing room.  Some conversations likely need to be had with Kutak Rock regarding the nature of the Debtors' business to see to what extent accommodations or flexibility can be had on

LR0001596

the budget and reporting.  Since Farm Credit is first lien, they have a vested interest in the reorganization and don't want to make the covenants impossible to comply with. AGREE BUT WATER ALL OF THEM DOWN SO THEY HAVE OUR STARTING POINT
b.  We removed the concept of the CRO – they likely will push back on that and may need to find a common ground there.  DEAL BREAKER—WE ARE NOT GOING TO PUT A CRO IN PLACE—NOT HAPPENING SO REMOVE IT COMPLETELY

7.  Please pay particular attention to the dollar size of the allowed buckets in the Term Sheet. We increased the size of the buckets in various covenants as they seemed small for a Debtors' estate as large as this one, and we also bracketed and highlighted certain buckets (i.e., allowed fees in the Carve-Out) for your consideration and review.  Happy to discuss any of these.  JOHN PLEASE LOOK AT THESE AND BE GENEROUS TO US—THIS IS GOING TO BE AN EXPENSIVE CASE

| Schwope Brothers - Farm Credit - DIP Financing Term Sheet.docx | OPEN | VIEW | GO TO |
|---|---|---|---|



**Simeon Brown**
sbrown@lewisrice.com

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7663 (direct)
314.612.7663 (fax)
www.lewisrice.com

LR0001597