# EXHIBIT F

**To:**        Tory Schwope[tory@dcaoutdoor.com]; Mike Scott[mike@dcaoutdoor.com]; Parres, Larry
E.[LParres@lewisrice.com]
**Cc:**        Samantha Schwope[samantha@dcaoutdoor.com]; Jessica DeGregorio[jessica@dcaoutdoor.com]
**From:**    Hall, John J.
**Sent:**    2025-02-20T02:23:00Z
**Importance:**        Normal
**Subject:**    RE: DCA 13 Week Cash Flow Forecast/DIP Budget
**Received:**            2025-02-20T02:23:08Z

Thanks.  We may have to move very quickly assuming they file the receivership action here
tomorrow.  We will need to oppose the receiver appointment; at minimum, we have to oppose the
receiver's ability to control a bankruptcy filing, which is what they have in the draft order we saw
last week.  If they get that, then you will have no control to do anything.



**John J. Hall**
jhall@lewisrice.com

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7635 (direct)
314.612.7635 (fax)
www.lewisrice.com

**From:** Tory Schwope <tory@dcaoutdoor.com>
**Sent:** Wednesday, February 19, 2025 8:16 PM
**To:** Hall, John J. <jhall@lewisrice.com>; Mike Scott <mike@dcaoutdoor.com>; Parres, Larry E.
<LParres@lewisrice.com>
**Cc:** Samantha Schwope <samantha@dcaoutdoor.com>; Jessica DeGregorio <jessica@dcaoutdoor.com>
**Subject:** [EXTERNAL] Re: DCA 13 Week Cash Flow Forecast/DIP Budget

John,

They have been aware about the dispute with the Oregon patronship for over a year.  The first
version of this lawsuit was filed in State Court over a month ago.  This version was filed in
Federal Court a week ago and the hearing is set for mid-March.  We are not going to dispute a
receiver to being appointed.  We obviously dispute the allegations and their choice for the receiver.

You are correct on all your statements.

Tory

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Hall, John J. <jhall@lewisrice.com>
**Sent:** Wednesday, February 19, 2025 7:50:47 PM
**To:** Tory Schwope <tory@dcaoutdoor.com>; Mike Scott <mike@dcaoutdoor.com>; Parres, Larry E.
<LParres@lewisrice.com>
**Cc:** Samantha Schwope <samantha@dcaoutdoor.com>; Jessica DeGregorio <jessica@dcaoutdoor.com>
**Subject:** RE: DCA 13 Week Cash Flow Forecast/DIP Budget

LR0002141

Thanks for the context.  Their actions still are abrupt; the Oregon lawsuit and receiver process appears to have been in place for at least a week already.  Has a receiver been appointed yet, or is that still being heard in court?

And why would using AR to pay employees be impermissible?  The employees are employees of borrowers, correct?  And payroll is part of the budgets you have been providing Farm Credit, correct?



**John J. Hall**
jhall@lewisrice.com

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7635 (direct)
314.612.7635 (fax)
www.lewisrice.com

**From:** Tory Schwope <tory@dcaoutdoor.com>
**Sent:** Wednesday, February 19, 2025 7:10 PM
**To:** Hall, John J. <jhall@lewisrice.com>; Mike Scott <mike@dcaoutdoor.com>; Parres, Larry E. <LParres@lewisrice.com>
**Cc:** Samantha Schwope <samantha@dcaoutdoor.com>; Jessica DeGregorio <jessica@dcaoutdoor.com>
**Subject:** [EXTERNAL] RE: DCA 13 Week Cash Flow Forecast/DIP Budget

John-

They are claiming that we are collecting the A/R and using it to pay employees.  They referenced this in a meeting with Mike today.  We suspect that the reason they are so insistent on the CRO is because of the attached lawsuit.

I have also attached our internal response.  We will have the formal response back from our Oregon attorney tomorrow morning.

**From:** Hall, John J. <jhall@lewisrice.com>
**Sent:** Wednesday, February 19, 2025 7:01 PM
**To:** Mike Scott <mike@dcaoutdoor.com>; Parres, Larry E. <LParres@lewisrice.com>
**Cc:** Tory Schwope <tory@dcaoutdoor.com>; Samantha Schwope <samantha@dcaoutdoor.com>; Jessica DeGregorio <jessica@dcaoutdoor.com>
**Subject:** RE: DCA 13 Week Cash Flow Forecast/DIP Budget
**Importance:** High

Mike,

Thanks again.  We just received an email from Farm Credit's counsel saying that they won't back off of the requirement of a CRO as part of a DIP (we had previously told them this was a non-starter, yet they invited discussion on a DIP loan).  And they state that they believe proceeds of collateral are being "impermissibly" diverted.  They provide no evidence or support for their claims.  And they say they will file an emergency receiver request tomorrow.  Needless to say, this creates significant problems.  We are working on a response and will be in touch.

LR0002142

John



**John J. Hall**
jhall@lewisrice.com

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7635 (direct)
314.612.7635 (fax)
www.lewisrice.com

**From:** Mike Scott <mike@dcaoutdoor.com>
**Sent:** Wednesday, February 19, 2025 5:22 PM
**To:** Parres, Larry E. <LParres@lewisrice.com>; Hall, John J. <jhall@lewisrice.com>
**Cc:** Tory Schwope <tory@dcaoutdoor.com>; Samantha Schwope <samantha@dcaoutdoor.com>; Jessica DeGregorio <jessica@dcaoutdoor.com>; Risch, Jenna <JRisch@lewisrice.com>
**Subject:** [EXTERNAL] DCA 13 Week Cash Flow Forecast/DIP Budget

Hi Larry/John,

Attached are the following:

DCA's updated 13 Week Cash Flow Forecast (the "**13 Week Cash Flow Forecast**").  This forecast is based on the form of 13 Week Cash Flow Forecast that DCA has been providing to Farm Credit on a weekly basis since the Fall.  This forecast uses DCA's detailed monthly budgets as the basis for the forecast.

A detailed 13 week daily cash disbursement budget (the **"Disbursement Detail")** done on a "bottom up" vendor-by-vendor and DCA-entity-by-entity basis for a 13 week period.

The key worksheets in the 13 Week Cash Flow Forecast are:

1.   Executive Summary; and

2.   Weekly CF Forecast - Detailed.

The key worksheet in the Disbursement Detail is "Summary by Vendor".

The 13 Week Cash Flow Forecast includes a $5.0M placeholder DIP loan at 15% per annum.  The forecast assumes that Trade AP will remain at current levels and does not provide for payments against overdue AP.

The disbursements in the 13 Week Cash Flow and in the Disbursement Detail are highly aligned but there is not a 100% match.  For example, for the upcoming 7 week period, the 13 Week Cash Flow Forecast shows $10.4M in disbursements (including repairs & maintenance capex) while the Disbursement Detail has total disbursements (including repairs & maintenance) of $10.3M.

Subject to any comments you may have, both of these documents should be in good shape to be shared with Farm Credit.

Please let us know if you have any questions.

Cheers,

Mike.

LR0002143

This message, including attachments, is from the law firm of Lewis Rice LLC. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 314-444-7600. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.
This message, including attachments, is from the law firm of Lewis Rice LLC. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 314-444-7600. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.

LR0002144