# EXHIBIT G

| **From:** | Juanita Schwartzkopf[j.schwartzkopf@focusmg.com] |
|---|---|
| **Sent:** | Wed 6/18/2025 12:22:22 PM (UTC-05:00) |
| **To:** | Parres, Larry E.[LParres@lewisrice.com]; Hall, John J.[JHall@lewisrice.com] |
| **Cc:** | Sam Williams[s.williams@focusmg.com]; Alex Tricoli-Walkanoff[a.tricoli-walkanoff@focusmg.com]; Zachary Turbett[z.turbett@focusmg.com]; Simon Coughlin[s.coughlin@focusmg.com] |
| **Subject:** | [EXTERNAL] V4 |
| **Attachment:** | DCA Outdoor, Inc. - Outline of Juanita Schwartzkopf's Testimony for Cash Collateral Hearing.2 6.18.25 v4 .docx |

I combined John's redline with the redline I had already created.  This should include all the changes.

I am concerned that Tory is not at all in agreement with a November 1 sale process start.  We all need to discuss.

Juanita Schwartzkopf
773.724.2082 Office | 773.724.2083 Fax | 520.203.2926 Cell

j.schwartzkopf@focusmg.com

**Focus Management Group**
6585 N. Avondale Ave.
Chicago, IL 60631

**www.focusmg.com**