# EXHIBIT H

| | |
|---|---|
| **From:** | Juanita Schwartzkopf[j.schwartzkopf@focusmg.com] |
| **Sent:** | Wed 6/18/2025 9:44:39 AM (UTC-05:00) |
| **To:** | Parres, Larry E.[LParres@lewisrice.com] |
| **Cc:** | Sam Williams[s.williams@focusmg.com]; Alex Tricoli-Walkanoff[a.tricoli-walkanoff@focusmg.com]; Simon Coughlin[s.coughlin@focusmg.com]; Zachary Turbett[z.turbett@focusmg.com] |
| **Subject:** | [EXTERNAL] Larry please look at the comment on page 9 and the screen shot of same |
| **Attachment:** | DCA Outdoor, Inc. - Outline of Juanita Schwartzkopf's Testimony for Cash Collateral Hearing.2 6.18.25 v3.docx |



Juanita Schwartzkopf
773.724.2082 Office | 773.724.2083 Fax | 520.203.2926 Cell

j.schwartzkopf@focusmg.com

**Focus Management Group**
6585 N. Avondale Ave.
Chicago, IL 60631

**www.focusmg.com**