# EXHIBIT I

| | |
|---|---|
| **From:** | Juanita Schwartzkopf[j.schwartzkopf@focusmg.com] |
| **Sent:** | Thur 6/19/2025 7:29:39 AM (UTC-05:00) |
| **To:** | Hall, John J.[jhall@lewisrice.com]; Parres, Larry E.[LParres@lewisrice.com] |
| **Cc:** | Sam Williams[s.williams@focusmg.com]; Alex Tricoli-Walkanoff[a.tricoli-walkanoff@focusmg.com]; Zachary Turbett[z.turbett@focusmg.com]; Simon Coughlin[s.coughlin@focusmg.com] |
| **Subject:** | [EXTERNAL] Updated witness prep notes |
| **Attachment:** | DCA Outdoor, Inc. - Outline of Juanita Schwartzkopf's Testimony for Cash Collateral Hearing 6.19.25 v1.docx |

Hi John,

You used an earlier in the day version of the witness prep document when you sent me your file 5. I used that as the base and compared to my most recent prep document yesterday afternoon. Here is the final version I am using for prep.

We do need to discuss the November 1, 2025 sale process date. Tory definitely does not want a commitment to a date. I tried to soften the discussion in this version but the date is really against Tory's wishes. We need to discuss with him today.


 **Juanita Schwartzkopf**
773.724.2082 Office | 773.724.2083 Fax | 520.203.2926 Cell

 j.schwartzkopf@focusmg.com

 **Focus Management Group**
 6585 N. Avondale Ave.
 Chicago, IL 60631


 **www.focusmg.com**