# EXHIBIT J

| | |
|---|---|
| **From:** | Samantha Schwope[samantha@dcaoutdoor.com] |
| **Sent:** | Mon 9/8/2025 9:13:13 PM (UTC-05:00) |
| **To:** | Parres, Larry E.[LParres@lewisrice.com]; Hall, John J.[JHall@lewisrice.com] |
| **Subject:** | [EXTERNAL] Fwd: Land Ownership |
| **Attachment:** | DCA Land Entities Land Ownership.xlsx |

Get Outlook for iOS

---

**From:** Jessica DeGregorio <jessica@dcaoutdoor.com>
**Sent:** Friday, August 29, 2025 3:54:46 PM
**To:** Larry E. Parres <lparres@lewisrice.com>; Tory Schwope <tory@dcaoutdoor.com>
**Cc:** Samantha Schwope <samantha@dcaoutdoor.com>
**Subject:** Land Ownership

Larry,

Attached please find the land valuation for an exhibit.

I used the 3X book value to value the land, Tory can you confirm that these numbers seem reasonable and can be used for a trial exhibit?

Thank you,

**Jessica DeGregorio**
Financial Reporting Manager

5840 NW Prairie View Rd | Kansas City, MO 64151
direct: 785-691-5661

Confidentiality Note: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

#7D9D73
#BECEB9