# EXHIBIT K

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

----------

IN RE DCA OUTDOOR, INC.,

et al.,                              Case No. 25-50053

Debtor.

----------

30(b)(6)

THE ORAL DEPOSITION of TORY LEVI SCHWOPE, in his
capacity as a 30(b)2(6) witness on behalf of the
Debtors, produced, sworn and examined pursuant to
Notice on Thursday, August 21, 2025, reconvening at
3:19 p.m., at the offices of Kutak Rock, 2405 Grand,
Suite 600, Kansas City, Missouri, before me,

NAOLA C. VAUGHN
CERTIFIED COURT REPORTER
HERITAGE REPORTING SERVICE

        a Certified Court Reporter, in a certain
cause now pending In the United States Bankruptcy
Court for the Western District of Missouri, Kansas
City Division, Missouri, at Kansas City, wherein the
parties are as hereinbefore indicated.

----------

for another year.  I mean, anything's possible, but the highest and best use of those trees is to be harvested.  They're all scheduled to be dug and sold.  Or sold and then dug ideally.

Q.    Other than the land that we've talked about where we have the seller agreements, have there been any efforts to sell any of the other land owned by the land entities?

A.    There has not been any other efforts with any of the other lands.  Recently -- originally when Frontier tasked me with solving for our liquidity issue on my own, I explored, with some of the most valuable properties that we have, a sale lease back, and I was unsuccessful in getting a deal that was in the best interest of the company.

Q.    So no other efforts in any of the other properties at this point, at least?

A.    That's correct.

Q.    Okay.  Have you heard of something called Schwope Educational Farm?

A.    I have not.

Q.    Okay.  Do you know if anyone has heard of Schwope Educational Farm within the debtors?

A.    There was some talk several years ago that when my dad passed away, I think maybe he's

setting up a trust with some of his inheritance and

putting -- there's another property next to the one

Beth Ann owns at Colonial Farms. I think there was

talk -- again, this is four years ago, and I almost

died from COVID. So my brain's not perfect when it

comes to memory, but maybe my brother and I talked

about taking some of the inheritance from my dad and

trying to buy that farm and put it in a trust.

My dad was very passionate about

agriculture and regenerative agriculture, and that's

a lot of what we're trying to do at Colonial is

create awareness and education.

So I don't recall that phrase being --

or that name being uttered, but I do recall a

conversation about that property.

Do you have a microphone in my house or

something?

Q. Not yet. Just a joke.

A. Five years ago.

Q. Have you -- I'm going to move now to the

retail entities, which I understand are the Colonial

Gardens, Colonial Farm entity you just mentioned?

A. That's correct. That's correct.

Q. Have you engaged in any effort in trying

to value those two businesses or those two entities

since the beginning of filing the bankruptcy?

A. I have not. I have spent many, many years working with people in M&A, in private equity, and I'm pretty familiar with how they value businesses.

And so this was always why I was trying to separate out Colonial. We had a business strategy at Colonial where we were very aggressive about trying to grow the top line, and we have been successful with that. So we made the acquisition. Our retail sales were under $1 million. 2024 we got the combined farms and gardens revenue to over 6 million.

And so we were not focused really on generating EBITDA, and how anybody would value that business is a multiple of EBITDA. So if you have $800,000 negative in EBITDA, then any multiple of that only gets -- is bad, is a negative number.

So I don't see any real value in that as an operating entity. There's obviously value in the real estate, and so to market that property would be severely damaging to the debtor because the -- there's a distribution business and the retail business.

We have made significant corrections to

the Colonial Gardens model and have made a large impact to the profitability of that business, and that distribution center is critical for the distribution business.

So that's why that property would not be marketed.  But if you were to sell the retail business, you would market the property, not the business.

Q.    And the property is -- let's just make sure we know, we're clear what we're talking about.

Is it the property that's owned by Colonial --

A.    Development.

Q.    -- Development that you've already got a sales agreement?

A.    No.

Q.    Different one?

A.    There's three tracts of Colonial Development, and we actually are marketing the two unrelated, the Colonial Farms, the Fish Road property, and then the 38 acres that Colonial Gardens and KAT Wholesale Outdoor sit on, were only marketed -- rezoned just the five acres on the parkway.  So we're only trying to market that five acres.

So the idea is how can we bring more business, more traffic to the area, how can we monetize the real estate in the most efficient and effective way.

Q.   Okay.  I think you just answered this, but just for the record, which distribution center is located close to the Colonial Gardens, Colonial Farm retail?

A.   It's basically a shared facility.  So it's KAT East.  It's the only location that the debtors actually own the real estate.  That's part of the reason why it's so critical.

Q.   Based on what you just indicated about the retail business, setting aside the land and its value or lack thereof as a business, I assume you've not undertaken any efforts to market that?

A.   No.

Q.   Have you had discussions about closing that down?

A.   No.  It brings $6 million of cash into the company.  It's critical.  It -- you know, when I look at the profitability of the business, what's damaging to the business is how much it's paying in rent to the land company and how much it's paying to the management company, and on top of its share of

interest.

So if you were to remove the rent, remove the overhead payment and remove the interest payment, the company definitely generates free cash.

So it's a very critical part of maintaining an ongoing concern in my opinion.

It also serves as a showroom for our products.  It's very often that customers come to Kansas City, and our farms produce a lot of retail product line.  And so this is where we do a lot of training with our outside salespeople, and this is where we bring a lot of clients through to see how a lot of our products are new products.  They're not things offered by the industry currently.  And so we can test them.  We can get sales data, and we can show them off to the customers merchandised.

Q.    You can't really operate a business, though, without paying the overhead that's necessary to operate it; right?

A.    Yeah.  No.  But if you close the business, the other parts of the company aren't getting that cash to help them be viable; right.

Q.    The retail entities, Colonial Gardens and Colonial Farms, from what I've looked at, have never had a positive net income; right?