**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **DCA OUTDOOR, INC., et al.** | ) | **Case No. 25-50053-CAN11** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019**

COMES NOW Jerry Jensen, the Acting United States Trustee ("UST"), by and through counsel, and files this Objection to the Debtors' Motion to Approve Settlement Agreement Pursuant to Bankruptcy Rule 9019 (Doc. #803). In support hereof, the UST states as follows:

1. The Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334. Venue is proper under 28 U.S.C. §§1408 and 1409.

2. The UST has reviewed the Motion and has noted some inconsistencies that have caused concern and would appear to require clarification.

3. The Settlement purports to resolve the dispute set forth in Adversary Case #26-5001-can. The Amended Adversary Complaint alleged, in pertinent part, that:

a. DCA Land Kentucky, LLC, one of the joint debtors in this bankruptcy, owned 360 acres of real estate in Washington County, Kentucky (the "KY Real Estate").

b. Approximately $8.7 million of plant and tree inventory (the "Inventory') was located on the KY Real Estate.

c. Valley Hill Tree Farms, LLC ("VHTF") (a non-debtor entity primarily owned by Tory Schwope, who is an individual Chapter 7 debtor in Case No. 26-40404-can7, for which Norman Rouse is

the Chapter 7 trustee) claimed to have a lease with DCA Land Kentucky dated October 19, 2022, for the use of the KY Real Estate, although the validity of the lease was in dispute.

d. By virtue of this alleged lease, VHTF asserted an ownership interest in the Inventory.

e. The Debtors' inventory tracking and financial statements, as well as schedules filed in the bankruptcy case, showed that up through March 2025 some or all of the KY Tree Inventory was internally identified and scheduled as belonging to Schwope Brothers Tree Farm, LLC ("SBTF"), one of the joint debtors in this bankruptcy.

f. There is no written lease between SBTF and DCA Land Kentucky.[1]

4. Neither the Motion nor the Settlement Agreement provide a current value for the Inventory. While there is a valuation of $8.7 million stated in the Adversary Complaint, it is not clear from the Settlement Agreement that this valuation is still accurate, especially as the Settlement Agreement references a previous liquidation of a portion of the Inventory.

5. Without any information as to the current value of the Inventory, the UST cannot determine whether or not the proposed $60,000 is a reasonable settlement amount.

6. Further, without explanation, the Settlement Agreement, paragraph 3 states: "The parties agree that Schwope Brothers Tree Farm, LLC owns all inventory and personal property located on the KY Real Estate."

7. The UST is unclear on the basis or factual support for this agreement. It is undisputed that the land on which the Inventory is located is owned by DCA Land Kentucky, LLC. It is also clear that there are no undisputed written leases

[1] DCA Land Kentucky's Schedule G (Doc. #21, filed in Case 25-50065) reflected no leases or executory contracts of any kind. Likewise, SBTF's Schedule G (Doc. #18, filed in Case 25-50070) reflected no lease with DCA Land Kentucky, but did reflect $53,704,222.13 in farming assets on Schedule A/B, of which at least a part appears to be located on the KY Real Estate.

between DCA Land Kentucky, LLC and any other entity for the use of the land. As such, there is no logical reason for the parties to agree in the Settlement Agreement that the Inventory is owned by SBTF. The logical agreement would be that the Inventory is owned by DCA Land Kentucky.

WHEREFORE, the United States Trustee respectfully requests the Court's order denying the Motion to Approve Settlement and for such other and further relief as may be just and proper.

Dated: October 5, 2026

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

By: ***/s/ Jill D. Parsons***
JILL D. PARSONS MO #49835
Assistant United States Trustee
Office of the U.S. Trustee
400 East 9th St., Ste 3440
Kansas City, MO 64106
Telephone: (816) 512-1943
jill.parsons@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing served upon all parties receiving electronic notification and upon the following parties by electronic notification or first-class mail, postage prepaid, this 5th day of October 2026:

By: ***/s/ Jill D. Parsons***
Jill D. Parsons