**TAB 7**

LEWIS RICE 1010 Walnut – Suite 500 Kansas City, Missouri 64106 t: 816-421-2500 f: 816-472-2500

Louis J. Wade
913-643-5132
lwade@lewisricekc.com

December 16, 2024

**VIA EMAIL: tory@dcaoutdoor.com**
Tory Schwope
DCA Outdoor, Inc.
And Affiliates
5840 NW Prairie View Rd.
Kansas City, MO 64151

**Re: Engagement of Lewis Rice LLC**

Dear Tory:

Thank you for selecting Lewis Rice to represent:

Tory Levi Schwope, individually
And the following entities:

| **Entity Name** |
|---|
| Anna Evergreen, LLC |
| Brehob Nurseries, LLC |
| Colonial Farms, LLC |
| Colonial Gardens Development, LLC |
| Colonial Gardens, LLC |
| DCA Land Holding Company, LLC |
| DCA Land Illinois, LLC |
| DCA Land Indiana, LLC |
| DCA Land Kansas, LLC |
| DCA Land Kentucky, LLC |
| DCA Land Missouri, LLC |
| DCA Land Oregon, LLC |
| DCA Outdoor, Inc. |
| KAT Wholesale Outdoor, LLC |
| PlantRight Supply, LLC |
| Schwope Brothers Tree Farms, LLC |
| Schwope Brothers West Coast, LLC |
| Utopian Plants Indiana, LLC |
| Utopian Transport, LLC |
| Utopian Trees, Inc. |
| Valley Hill Tree Farm, LLC |

(collectively, "DCA Outdoor, Inc. and Affiliates" or "Client"): in connection with the Engagement described in the attached Terms of Engagement. We look forward to working with you.

The Terms of Engagement set forth important matters and information governing this Engagement, including the scope of the services we intend to provide, the staffing for this Engagement within Lewis Rice, the basis for our charges, and when payments for services are due. Please read them carefully. If you have any questions about the Terms of Engagement, please call me.

I intend to keep in regular contact with you respecting our progress on the Engagement, but should you ever have questions or concerns, feel free to contact me by phone or email at the addresses set forth above.

When you authorize us to begin work, orally or in writing, this Engagement will be governed by the Terms of Engagement. For our records, we ask that you sign at the end of the Terms of Engagement and return the executed document to me.

Very truly yours,

LEWIS RICE LLC
By: *<u>/s/ Louis J. Wade</u>*
Louis J. Wade

## TERMS OF ENGAGEMENT

Lewis Rice is pleased to have the opportunity to serve as your legal counsel. Our Firm is a full-service law firm. We have experience in a broad range of legal areas and a varied clientele. The Firm is organized into departments according to areas of legal practice and into practice groups drawn from appropriate departments. We are committed to providing quality legal services to our clients consistent with our ethical and legal obligations as attorneys. To do so, however, we must have the complete and timely cooperation of our clients.

These Terms of Engagement ("Terms") set forth the terms that will apply to the engagement of Lewis Rice with respect to the matters described below (the "Engagement"). In these Terms and in the letter to which these Terms are attached, the pronoun "you" means the person(s) or entity(ies) specifically identified in these Terms and in such letter as our client(s) and does not include any other person or entity having any relationship or affiliation whatever with the person or entity identified as our client. All of the terms set forth herein may not by their nature be applicable to a given engagement, or they may be supplemented or varied by the engagement

letter; however, any change in the terms in this statement or in the engagement letter must be by written agreement. These Terms and the attached letter set out the contractual terms of our employment on your behalf, and supersede any other engagement letter or outside counsel guidelines. Please carefully read both of them.

**Client**

| **Tory Levi Schwope and the following entities:** |
|---|
| Anna Evergreen, LLC |
| Brehob Nurseries, LLC |
| Colonial Farms, LLC |
| Colonial Gardens Development, LLC |
| Colonial Gardens, LLC |
| DCA Land Holding Company, LLC |
| DCA Land Illinois, LLC |
| DCA Land Indiana, LLC |
| DCA Land Kansas, LLC |
| DCA Land Kentucky, LLC |
| DCA Land Missouri, LLC |
| DCA Land Oregon, LLC |
| DCA Outdoor, Inc. |
| KAT Wholesale Outdoor, LLC |
| PlantRight Supply, LLC |
| Schwope Brothers Tree Farms, LLC |
| Schwope Brothers West Coast, LLC |
| Utopian Plants Indiana, LLC |
| Utopian Transport, LLC |
| Utopian Trees, Inc. |
| Valley Hill Tree Farm, LLC |

(collectively, "DCA Outdoor, Inc. and Affiliates" or "Client") will be our client.

We have not been engaged to represent any person or entity other than DCA Outdoor, Inc. and Affiliates, and we do not represent the interests of any person or entity, affiliated or otherwise, other than DCA Outdoor, Inc. and Affiliates If an individual executed this engagement letter on behalf of an entity, we represent the entity, not the individual.

**Description of Engagement**

The scope of the Engagement is as follows: Lewis Rice will represent DCA Outdoor, Inc. and Affiliates and advise client regarding loan restructuring and renegotiation of those certain loan documents described as 4th Amended and Restated Credit Agreement, First Amendment to Fourth Amended an Restated Credit Agreement, Second Amendment to Fourth Amended and Restated Credit Agreement, and Third Amendment to Fourth Amended and Restated Credit Agreement with lenders Frontier Farm Credit, FLCA and Frontier Farm Credit, PCA.

We see no actual or potential conflict between or among DCA Outdoor, Inc. and Affiliates We do not foresee any substantial discrepancy in anticipated testimony from each of you as to material facts discernable to this point. We have also reviewed and see no substantial potential conflict between or among you relating to possibilities of settlement in the future. In addition, we do not believe that the representation of any of you would be materially limited by our responsibilities to any of the rest of you as clients. However, if a dispute or conflict of interest arises among DCA Outdoor, Inc. and Affiliates during the Engagement, we reserve the right to immediately withdraw from representing any party.

If, after considering all these issues and discussing them with your separate counsel -- which we strongly encourage and urge you to do -- you decide to have us proceed with the joint representation of all of you who elect to have us do so on the bases stated above, please sign this letter where appropriate below, and return it to me.

Although we may be engaged from time to time to handle other matters for you, this Engagement is limited to the matter described above.

**No Third Party Benefit**

Nothing herein is intended to create any benefit for a third party, including, but not limited to, any directors, officers, shareholders, members, employees or affiliates of the Client. A third person or entity who is not named herein as the "Client" has no legal right to claim that this Firm owes it/them any duty or obligation as a result of the execution of this document. The Firm's only duty of representation is to the Client named herein and that duty arises only when the attorney-client relationship is established in conformity with the terms of this document.

The Client named herein understands that he/she/it should not say or do anything that might lead a third party to believe that this Firm is representing the interests of the third party. Whatever legal advice is given to the Client by the Firm is intended for the benefit and use of the Client only.

**Attorneys Performing Work**

Louis J. Wade will perform the bulk of the work on this matter. If appropriate, we will delegate selected responsibilities to other persons in my firm, who because of special expertise or experience, time constraints, or other reasons, are better suited to perform them. Professionals working on a matter will confer as required. On complex matters, and frequently on matters involving litigation, we will work in teams. Therefore, other attorneys at Lewis Rice may also work on this Engagement.

**Financial Terms**

*Hourly Rate Billing:* Louis J Wade's currently hourly rate is $475.00. With respect to other attorneys who may work on the Engagement, our current hourly rates for partners vary between $375.00 and $600.00, and for associates (dependent upon experience level) between $250.00 and $375.00. On February 1 of each year, we adjust our hourly rates, and the rates quoted in the attached letter are subject to those adjustments.

We will issue monthly invoices via electronic mail detailing the work performed on this Engagement. Our monthly statements are due upon receipt. We record and bill our time in 1/10 hour (six minute) increments. If you prefer to receiver paper copies of our invoices, you must notify the undersigned in writing of this preference. Please note that the Firm does not accept credit card payments; however, payments can be made via check, wire transfer, or ACH transfer.

Unless otherwise clearly stated in these Terms or the attached letter as a fixed or maximum amount, any figure given by us regarding a fee amount or expenses for a matter is an estimate only based on facts known to us at the time and our experience in similar matters and is not a guaranteed or final amount. The actual amount of fees may vary substantially since in many situations we cannot control the amount of professional time required of us.

*Advance:* **We will require an initial advance SECURITY RETAINER of <u>$5,000.00</u>**. Advances are held as security for payment of amounts due the Firm. We expect that monthly bills will be paid within thirty (30) days, and we will retain the Security Retainer until the end of the representation. Nonetheless, if any bill(s) remain unpaid after thirty (30) days, we may apply some or all of the Security Retainer against billings; however, in that event, we expect that Client will refresh the Security Retainer promptly. We reserve the right to increase the Security Retainer at any time. Generally, we expect timely payment of the monthly bills and will apply the Security Retainer only where invoices remain unpaid after thirty (30) days. We also reserve the right to apply the Security Retainer against any past due billing(s). Upon completion of the Engagement, any remaining unapplied balance of the Security Retainer (or additions thereto) will be refunded to you. Client must reinstate/refresh any application of the Security Retainer to invoices when used or depleted. Billings will describe any applications of the Security Retainer to fees or expenses. If an advance is

not paid as required or reinstated when depleted, we reserve the right to withdraw from the representation subject to applicable court rules and rules of professional responsibility.

Pursuant to rule of the Missouri Supreme Court, advances, retainers, and other deposits of clients are placed in a special bank account maintained by the Firm which bears interest payable to the Missouri Bar Lawyer Trust Account Program. Trust monies are used to fund public programs approved by the Supreme Court. Depending on the size, duration and transaction costs, a separate account can be arranged with interest accruing to the client upon mutual agreement between you and Lewis Rice.

*Expenses*: In addition to legal fees, our statements may include out-of-pocket expenses that we have advanced on your behalf and our internal charges (which may exceed direct costs) for certain support activities. Advanced costs generally will include such items as postage, filing, recording, certification, and registration fees charged by governmental bodies. Our internal charges typically include such items as long distance telephone charges, deliveries by our messengers, secretarial overtime (but only if required by the time constraints or exigencies of the work we are performing for you), and charges for photocopying materials sent to the client or third parties or required for our use. We may request an advance cost deposit or require that our client be billed directly when we expect that we will be required to incur substantial costs on behalf of the client.

**Nature of Services**

We will provide services of a strictly legal nature of the kind generally described above. You must provide us with such factual information and materials as we require in order for us to perform such services, and you or your clients will make such business or technical decisions and determinations as are appropriate. You are not relying on us for business, investment, or accounting decisions, or to investigate the character or credit of persons with whom you or we may be dealing, unless otherwise specified in the attached letter. Occasionally, some of our lawyers may, at the request of clients, offer business or other non-legal advice. To the extent that we provide such advice to you, please be aware that we are offering non-expert advice outside the scope of our legal services.

We will keep you advised of developments as necessary to perform our services and will consult with you as necessary to ensure the timely, effective, and efficient completion of our work.

Nothing in this agreement or any statement by an attorney or staff member of our office will be construed as a promise or guarantee regarding the outcome of your matter. No attorney or staff member of our office makes any such promises or guarantees. Any statement regarding the outcome of your matter is an expression of opinion only.

**Confidential Information**

As a matter of professional responsibility, we are required to preserve the confidences and secrets of our clients. This professional obligation and the legal privilege for attorney-client communications exist to encourage candid and complete communication between lawyer and client. We can perform truly beneficial services for a client only if we are aware of all information that might be relevant to our representation. Consequently, we trust that our attorney-client relationship with you will be based on mutual confidence and unrestrained communication that will facilitate our proper representation of you.

**Client Responsibilities**

By your execution of these Terms, you agree to provide us with such cooperation and truthful and accurate factual information and materials as we require to perform legal services on your behalf. Failure to disclose material facts to us truthfully and accurately and/or to cooperate with us or otherwise fulfill the terms of our engagement may lead to our decision to withdraw from the representation. It is understood that you are not relying on us for business, investment, financial or accounting advice or to investigate the character or credit of persons with whom you may be dealing unless specifically requested and agreed to by the Firm. We will keep you advised of developments as necessary to perform our services and will consult with you as necessary to ensure the timely, effective and efficient completion of our work. You are encouraged to request information pertaining to the subject of the representation at any time. By your execution of these Terms, you also agree to make any personnel available, as necessary, to assist us in gathering accurate information and/or documentation and to notify us of any corporate mergers and/or acquisitions that might implicate our Firm's ability to continue representing you.

**Termination of Engagement**

You may terminate our representation at any time. We reserve the right to withdraw from our representation as required or permitted by the applicable rules of professional conduct upon written notice to the Client. If we terminate the engagement, we will take reasonable steps to protect Client's interests in the above litigation, and Client agrees to take all steps necessary to free us of any obligation to perform further, including executing any documents necessary to perfect our withdrawal. In the unlikely event that unforeseen circumstances should cause the ethical rules governing lawyers to preclude us from continuing to represent you or if you fail to cooperate with us or otherwise fails to perform these Terms or any in the attached letter, we may immediately withdraw as your counsel. In the event that you fail to pay our invoices in a timely manner, we reserve the right to terminate further representation of you.

If permission for withdrawal is required by a court or other adjudicator, we will promptly request such permission, and Client agrees not to oppose our request. Client's termination or our withdrawal will not relieve Client of its obligation to pay for services rendered, including work in progress and incomplete at the time of termination, and to pay for all expenses incurred on behalf of Client through the termination or withdrawal date.

In the absence of a termination or withdraw, our relationship with you will be concluded when we have completed the services we are engaged to perform. In addition and without limiting the preceding sentence, you agree that our attorney-client relationship will terminate automatically (and without separate notice) in the event we have performed no work for you or on your behalf for six (6) consecutive months, unless we notify you to the contrary. If you retain us to perform further or additional services, our attorney-client relationship will be renewed pursuant to the terms of the new engagement.

**Return of Client Records**

During the course of our representation of you, you may be asked to provide us with various documents. We will hold these records for you during the pendency of our representation of you and for six months thereafter. In accordance with Missouri's ethics rules, we will retain the balance of your file for a period of six (6) years after the closure of your file. It is your responsibility, however, to secure the return of your records, if desired.

**Choice of Forum / Choice of Law**

In consideration of the Firm's agreement to represent you, you agree that the validity and effect of this Engagement shall be governed by and construed and enforced exclusively in accordance with the laws of the State of Missouri, without regard to principles of conflicts of laws, and you agree to submit to the personal jurisdiction of Missouri courts in connection with the contractual relationship embodied in these Terms. The Client and Firm (the "Parties") hereby submit to the exclusive jurisdiction of the Circuit Court of Jackson County, Missouri, the United States District Court for the Western District of Missouri, the District Court of Johnson County, Kansas, and/or the United States District Court for the District of Kansas for the purpose of any action arising out of or relating to this agreement and agree that all such actions shall be heard and determined in such federal and/or state courts.

**Corporate Transparency Act**

The Firm's legal services provided in this engagement may, on one or more occasions, trigger reporting obligations under The Corporate Transparency Act, 31 U.S.C. § 5336 (together with its implementing rules and regulations, the "CTA"). The CTA may require you to file reports with the Financial Crimes Enforcement Network ("FinCEN") containing information about you and your "beneficial owners" and "company applicants" (as those terms are defined in the CTA),

and to keep such information current with FinCEN. Reporting obligations may arise from each of the following events (among others): the creation of a new entity; a change in ownership of an entity; a change in "senior officers" (as defined in the CTA) of an entity; a change in the individuals who have substantial control of an entity; and certain changes in "beneficial ownership information" (as defined in the CTA).

*Limited Scope of CTA Representation*. You agree that, except we might separately agree in writing, Lewis Rice will have no duty or responsibility to advise you with respect to the CTA, to remind you on one or more occasions of your reporting obligations under the CTA, or to monitor for changes with respect to you, your affiliates, or your or their respective beneficial owners that could trigger reporting obligations under the CTA. You agree that you will at all times be solely responsible for (and that Lewis Rice will have no duty or responsibility with respect to) filing beneficial ownership information reports under the CTA, collecting, storing and verifying the accuracy of all beneficial ownership information required to be reported (other than, as described below, FinCEN identifiers of Firm personnel that constitute company applicants), and monitoring for changes that may trigger reporting obligations under the CTA.

*Referrals to Third Party Service Providers*. The Firm on one or more occasions may refer you to one or more third party service providers that provide CTA compliance services, in which case you acknowledge and agree that such referrals do not constitute endorsements or recommendations, and that you will be solely responsible for vetting and engaging any such provider.

*Company Applicants*. If this engagement (or any other engagement by you of the Firm) involves the Firm providing legal services involving the creation of a new entity, the Firm's attorney with primary responsibility for the formation of such entity, a Firm paralegal, or both may be considered "company applicants" under the CTA. In that case, you agree that that the Firm may provide you with FinCEN identifiers for each such company applicant in lieu of beneficial ownership information. The Firm agrees to promptly upon your request provide FinCEN identifiers (or, at the Firm's option, beneficial ownership information) for such company applicants required to be reported to FinCEN.

*CTA Compliance*. You agree that if the Firm agrees to provide legal services to you relating to CTA compliance, whether as part of this engagement or otherwise, that you will furnish such information as we may reasonably request to enable determinations of beneficial ownership and reporting obligations and to otherwise comply with the CTA. Your failure to provide such requested information that is complete and accurate and to otherwise cooperate as we might reasonably request in connection with such legal services may lead to our decision to withdraw from the representation.

**Possible Future Conflicts of Interest**

Because we are a large, full-service law firm with offices located in Kansas, Missouri, and Illinois, lawyers in one office or practice area may be (and often are) asked to represent a client with respect to interests that are adverse to those of another client who is represented by the firm in connection with another matter. Just as you would not wish to be foreclosed in an appropriate situation from retaining a law firm that competes with Lewis Rice, our firm wishes to be able to consider the representation of multiple competitors in your industry or other clients who may have interests that are potentially adverse to yours but with respect to matters that are unrelated in any way to our representation of you. The ethics governing the legal profession permit law firms to accept such multiple representations assuming certain criteria are met as discussed below.

During the term of the Engagement, we agree that we will not accept representation of another client to pursue interests that are directly adverse to your interests unless and until we have made full disclosure to you of all the relevant facts, circumstances and implications of our undertaking the two representations. However, you agree that we may represent a client adverse to you on an unrelated matter if the following criteria are met: (i) there is no substantial relationship between any matter in which we are representing you and the matter for the other client; (ii) our representation of the other client will not impair the confidentiality of any secret or confidential information we have received from you; (iii) our effective representation of you and the discharge of our professional responsibilities to you will not be prejudiced by our representation of the other client; and (iv) the other client has also consented in writing based on our full disclosure of the relevant facts, circumstances and implications of our undertaking the two representations.

**Communications**

We believe clients and attorneys are best served by having arrangements for representation understood and agreed to in advance. We should be contacted immediately if there are any questions concerning our arrangements as set out in this statement and in the engagement letter. Additionally, you are encouraged to communicate with us concerning any questions you may have during the course of our representation or in connection with our billings.

The Client and the Firm may, during the course of this engagement, exchange information, convey documentation and otherwise communicate electronically with one another and, from time to time, with third parties in furtherance of the purposes of this engagement. For purposes of this provision, electronic communications include, but are not limited to, internet e-mail, instant messaging, facsimile and wireless communications. By your execution of these Terms, you acknowledge that electronic communication of this sort may not be a secure method of communication that such electronic communications may be copied and held by various computers through which they pass during transmission and that persons not participating in such communications may intercept them by improperly accessing computers through which they are transmitted. You further acknowledge that neither party has control over the performance,

reliability, availability or security of any such electronic communications. Consequently, the Firm will not be liable to you for any loss, damage, expense, harm or inconvenience resulting from the unintentional loss, delay, disclosure, interception, corruption and/or alteration of any electronic communication. In the event you object to the use by the Firm of any form of electronic communication, please advise the Firm in writing at your earliest convenience.

**The undersigned has read, understood, and is in full agreement with the Terms of Engagement.**

Date: 12/19/2024

DCA Outdoor, Inc. and Utopian Trees, Inc.

By: Tory Schwope (Dec 19, 2024 14:13 CST)

Name: Tory Schwope

Title: President

Anna Evergreen, LLC, Brehob Nurseries, LLC, Colonial Farms, LLC, Colonial Gardens Development, LLC, Colonial Gardens, LLC, DCA Land Holding Company, LLC, DCA Land Illinois, LLC, DCA Land Indiana, LLC, DCA Land Kansas, LLC, DCA Land Missouri, LLC, DCA Land Oregon, LLC, KAT Wholesale Outdoor, LLC, PlantRight Supply, LLC, Schwope Brothers Tree Farms, LLC, Schwope Brothers West Coast, LLC, Utopian Plants Indiana, LLC , Utopian Transport, LLC and Valley Hill Tree Farm, LLC

Date: 12/19/2024

By: Tory Schwope (Dec 19, 2024 14:13 CST)

Name: Tory Schwope

Title: Sole Manager

Tory Levi Schwope, an individual

Tory Schwope (Dec 19, 2024 14:13 CST)

Tory Levi Schwope

**TAB 7**

# Engagement letter to DCA Outdoor (final) 12.19.2024

Final Audit Report 2024-12-19

| | |
|---|---|
| Created: | 2024-12-19 |
| By: | Todd Pitman (todd@dcaoutdoor.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA22eN23aGgIL_avcMtYaEmn2ZvSycAkuu |

## "Engagement letter to DCA Outdoor (final) 12.19.2024" History

Document created by Todd Pitman (todd@dcaoutdoor.com)
2024-12-19 - 5:27:54 PM GMT

Document emailed to Tory Schwope (tory@dcaoutdoor.com) for signature
2024-12-19 - 5:27:58 PM GMT

Email viewed by Tory Schwope (tory@dcaoutdoor.com)
2024-12-19 - 5:37:42 PM GMT

Document e-signed by Tory Schwope (tory@dcaoutdoor.com)
Signature Date: 2024-12-19 - 8:13:27 PM GMT - Time Source: server

Agreement completed.
2024-12-19 - 8:13:27 PM GMT

Adobe Acrobat Sign