# Lewis Rice

| | | | |
|---|---|---|---|
| Schwope Brothers Tree Farms, LLC | | Page | 1 |
| VIA EMAIL: mgriffin@dysarttaylor.com | | Invoice | 957802 |
| c/o Dysart Taylor McMonigle Brumitt & | | Date | 01/16/25 |
| 700 W. 47th Street, Suite 410 | | Client | 15384 |
| Kansas City, MO 64112 | | | |
| Michael Griffin | | | |

---

**INVOICE SUMMARY**

For professional services rendered and expenses through DECEMBER 31, 2024 :

| | |
|---|---|
| Professional Services | $ 6,040.00 |
| Total Disbursements | $ .00 |
| **TOTAL THIS INVOICE** | **$ 6,040.00** |

**Re: Farm Credit (Iowa)**

**PROFESSIONAL SERVICES**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 12/17/24 | LJW | .60 | DCA: Outdoor Telephone conference with Mr. Mike Griffin; discuss business model, potential changes, and impact in the event of bankruptcy (0.4); finalize memorandum regarding same; email Mr. Griffin (0.2). |
| 12/23/24 | CRL | 5.10 | Review loan documents; research case law regarding tree nurseries declaring bankruptcy; draft memorandum regarding research questions posed by Michael Griffin; analyze effects of proposed new business plan on security interest under loan documents. |
| 12/23/24 | LJW | 1.20 | Research ability to file bankruptcy after receivership (0.5); telephone conference with Mr. Chance Lasater to consider research results and further direction (0.1); examine research memo (0.3); draft email to Mr. Michael Griffin regarding same (0.3). |
| 12/26/24 | CRL | .90 | Analyze potential for material adverse effect to occur under loan document definition with respect to change in sale methodology; draft memorandum on same. |
| 12/26/24 | LJW | .20 | Email from Mr. Michael Griffin; follow-up to question regarding collateral. |
| 12/27/24 | CRL | 4.50 | Call with Michael Griffin regarding sale methodology and bankruptcy issues regarding tree nurseries; Call with Michael Griffin regarding bankruptcy issues with Tory Schwope and Michael Griffin; prepare for calls; review Notice of Default; Research ability |
| 12/27/24 | LJW | .90 | Email with Mr. Mike Griffin yesterday regarding follow-up phone call (0.2); receive and review email from Mr. Griffin with reservation of rights letter from lender (0.1); telephone conference with Mr. Griffin (0.6). |
| 12/30/24 | CRL | 1.40 | Research ability to limit creditor remedies in bankruptcy through pre-bankruptcy contract. |
| 12/30/24 | LJW | 2.10 | Telephone conference on 12.27 with Mr. Mike Griffin and Mr. Tory Schwope (1.7); telephone conference with Mr. Larry Parres; discuss strategy (0.2); receive and review email from Mr. Griffin with follow-up question (0.1); email Mr. |

| Date | Atty | Hours | Description |
|---|---|---|---|
| | | | Parres regarding same (0 |
| 12/31/24 | LJW | .20 | Receipt and review of emails on 12/30 from Mr. Mike Griffin regarding email and progress. |

**TOTAL HOURS 17.10**

**TOTAL PROFESSIONAL SERVICES $ 6,040.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Wade, Lou J. | 5.20 | 475.00 | 2,470.00 |
| Lasater, Chance R. | 11.90 | 300.00 | 3,570.00 |
| TOTAL | 17.10 | | $ 6,040.00 |

**MATTER TOTAL $ 6,040.00**

**INVOICE TOTAL $ 6,040.00**

==============

# Lewis Rice

| | | | |
|---|---|---|---|
| Schwope Brothers Tree Farms, LLC | | Page | 1 |
| VIA EMAIL: mgriffin@dysarttaylor.com | | Invoice | 958808 |
| c/o Dysart Taylor McMonigle Brumitt & | | Date | 02/12/25 |
| 700 W. 47th Street, Suite 410 | | Client | 15384 |
| Kansas City, MO 64112 | | | |
| Michael Griffin | | | |

---

**INVOICE SUMMARY**

For professional services rendered and expenses through JANUARY 31, 2025 :

| | |
|---|---|
| Professional Services | $ 2,257.50 |
| Total Disbursements | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,257.50** |

| | |
|---|---|
| Page | 2 |
| Invoice | 958808 |
| Date | 02/12/25 |
| Client | 15384 |
| Matter | 59597/LJW |

**Re: Farm Credit (Iowa)**

**PROFESSIONAL SERVICES**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 1/07/25 | CRL | .40 | Draft memorandum regarding ability to limit creditor remedies in bankruptcy through pre-bankruptcy contract. |
| 1/10/25 | LJW | 1.60 | Receive and review draft Forbearance Agreement; comment and redline (1.2); email Mr. Tory Schwope and Mr. Mike Griffin; attach redline and discuss changes; other possible comments (0.4). |
| 1/13/25 | LJW | .70 | Email with Mr. Tory Schwope regarding conference call (0.1); conference call with Mr. Schwope and advisers regarding forbearance agreement (0.5); finalize notes from telephone conference; receive copy of email to Farm Credit (0.1). |
| 1/14/25 | LJW | .20 | Email 1/13 with Mr. Jim Cullen regarding Forbearance Agreement. |
| 1/29/25 | LJW | 1.30 | Email 1/28 and today with client (Mr. Tory Schwope & Mr. Mike Scott) regarding DIP and CRO terms; conference call (0.2); telephone conference with Mr. Schwope and Mr. Scott; discuss CRO & DIP terms and strategy (0.5); email (2) with Mr. Larry Parres regar |
| 1/31/25 | LJW | .70 | Emails on 1/30 with client and Mr. Larry Parres; schedule call for 1/31 (0.2); telephone conference with Mr. Parres and client (0.5). |

**TOTAL HOURS 4.90**
**TOTAL PROFESSIONAL SERVICES $ 2,257.50**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Wade, Lou J. | 4.50 | 475.00 | 2,137.50 |
| Lasater, Chance R. | .40 | 300.00 | 120.00 |
| TOTAL | 4.90 | | $ 2,257.50 |

**MATTER TOTAL $ 2,257.50**

| | |
|---|---|
| Page | 3 |
| Invoice | 958808 |
| Date | 02/12/25 |
| Client | 15384 |
| Matter | 59597/LJW |

| | |
|---|---|
| **INVOICE TOTAL** | **$ 2,257.50** |
| | ============== |

# Lewis Rice

Schwope Brothers Tree Farms, LLC
VIA EMAIL: mgriffin@dysarttaylor.com
c/o Dysart Taylor McMonigle Brumitt &
700 W. 47th Street, Suite 410
Kansas City, MO 64112
Michael Griffin

| | |
|---|---|
| Page | 1 |
| Invoice | 960716 |
| Date | 03/14/25 |
| Client | 15384 |

---

**INVOICE SUMMARY**

For professional services rendered and expenses through FEBRUARY 20, 2025 :

| | |
|---|---|
| Professional Services | $ 250.00 |
| Total Disbursements | $ .00 |
| **TOTAL THIS INVOICE** | **$ 250.00** |

| | |
|---|---|
| Page | 2 |
| Invoice | 960716 |
| Date | 03/14/25 |
| Client | 15384 |
| Matter | 59597/LJW |

**Re: Farm Credit (Iowa)**

**PROFESSIONAL SERVICES**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 2/07/25 | LJW | .30 | Telephone conference with Mr. Mike Griffin on 2/7 regarding sliver interest held by Cory (0.2); email on 2/7 to Mr. Griffin and Mr. Larry Parres regarding same (0.1). |
| 2/20/25 | LJW | .20 | Follow emails from Mr. Tory Schwope and Mr. John Hall regarding emergency receivership filing by Farm Credit. |

**TOTAL HOURS** **.50**
**TOTAL PROFESSIONAL SERVICES** **$ 250.00**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Wade, Lou J. | .50 | 500.00 | 250.00 |
| TOTAL | .50 | | $ 250.00 |

**MATTER TOTAL** **$ 250.00**

**INVOICE TOTAL** **$ 250.00**

==============