**To:** Durbin, Stephen M.[SDurbin@lewisrice.com]
**Cc:** Parres, Larry E.[LParres@lewisrice.com]; Cochran, Valerie[vcochran@lewisrice.com]; Hall, John J.[JHall@lewisrice.com]
**From:** Parres, Larry E.
**Sent:** 2025-02-12T20:15:59Z
**Importance:** Normal
**Subject:** FW: UCM
**Received:** 2025-02-12T20:16:01Z

Stephen, am I to understand that none of these creditors on this conflict check are clients of the firm and we have zero conflicts.

Larry E. Parres
lparres@lewisrice.com

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7660 (direct)
314.616.0252 (cell)
314.612.7660 (fax)
www.lewisrice.com

**From:** CONFLICTS SHARE <CONFLICTS@lewisrice.com>
**Sent:** Wednesday, January 29, 2025 11:52 AM
**To:** ATTORNEYS <ATTORNEYS@lewisrice.com>; Beattie, Janna <JBeattie@lewisrice.com>
**Subject:** FW: UCM

---

**From:** Louis Wade
**Sent:** Wednesday, January 29, 2025 11:51:13 AM (UTC-06:00) Central Time (US & Canada)
**To:** Conflicts Group
**Subject:** RE: UCM

Updating conflict check

Additional adverse parties:

**Rio Verde Plantas - Vendor**

**Rio Verde Holdings LLC**

**Dayton Bag and Burlap**

**P & M Blodig, LLC**

**New Christie Ventures, LLC**

**Left Coast Logistics**

**Spring Meadow Nursery, Inc**

**PT Wanghort Pratama Lestari**

**Greendell Landscape Solutions**

**Neosho Gardens**

EXHIBIT 45
Deponent J. Hall
Date 01-22-26 Rptr. KB
WWW.DEPOBOOKPRODUCTS.COM

Stockdale Tree Farm

Walters Gardens Inc

Jackson County Collector

Frontier Farm Credit

BFG Supply Co.

Twixwood Nursery

Commercial Card Services

Marlon Ag Service, Inc.

J. Frank Schmidt & Son Co

Gardenworld

ProGro Mixes Inc

Frontier Farm Credit - Autopay

Greenleaf Nursery Co.

Armintrout's

Helios Nursery

GLFM, LLC

Valley Agronomics LLC

Armintrout's West Michigan Farms

Simplot Turf & Horticulture Hubbard

Aster Software Consulting Inc

Pavestone, LLC

Chase- Southwest Card - Autodraft

Hoffman Nursery

Holganix

Willoway Nurseries Inc

Fairview Evergreen Nursery

Oldcastle APG Inc

Leavenworth County Coop Assoc

SlitPot Kaneya, Inc

| |
|---|
| Workday, Inc. |
| Campania |
| Tory Schwope |
| Midwest Groundcovers LLC |
| Greenleaf Nursery Company, Inc. |
| Nationwide |
| PlantRight LLC - Vendor |
| Missouri Mulch |
| Ridge Manor Nurseries |
| AA Quarry, LLC |
| George Johnson Nursery |
| Pavlich, Inc. |
| Rock-It Natural Stone |
| Prinsco,Inc |
| Northwestern Mutual |
| K.C. Bobcat |
| Braun Horticulture Inc. |
| Ball Horticultural Company |
| Liacal LLC |
| Harrell's LLC |
| Summit Trucking, LLC |
| Northern Nursery Inc. |
| Bergan KDV |
| Willoway Nurseries, Inc. |
| World Fuel Services, Inc. |
| Oregon Portabe Toilets |
| Sullivan's Greenhouse |
| Blackmore Company, Inc. |
| Eason Horticultural Resources Inc. |

| |
|---|
| **New York Life Insurance** |
| **John or Judy Brehob** |

Thank you,

Lou

**Louis J. Wade**
**Member**

10484 Marty
Overland Park, Kansas 66212-2559
913-648-6333 (main)
913-643-5132 (direct)
lwade@lewisricekc.com
www.lewisrice.com

*The Law Firm may be acting as a debt collector as defined by the Fair Debt Collection Practices Act and any information obtained by the Law Firm may be used for that purpose.

**From:** Louis Wade <lwade@lewisricekc.com>
**Sent:** Friday, December 6, 2024 8:53 AM
**To:** Conflicts Group <ConflictsGroup@lewisricekc.com>
**Subject:** UCM

Potential Client: Schwope Brothers Tree Farms, LLC
Tory Schwope, principal of above
Possibly other entities with "Schwope" in the name
Kat Nurseries, LLC
DCA Outdoor, Inc.

Adverse: Farm Credit (Iowa)

Nature: Representation with regard to loan restructuring

**Louis J. Wade**
**Member**

10484 Marty
Overland Park, Kansas 66212-2559
913-648-6333 (main)
913-643-5132 (direct)
lwade@lewisricekc.com
www.lewisrice.com

*The Law Firm may be acting as a debt collector as defined by the Fair Debt Collection Practices Act and any information obtained by the Law Firm may be used for that purpose.