9/9/2025 6:04:19 PM (Read 9/9/2025 6:44:21 PM)

Samatha Schwope (+19135759788)

Are we meeting via teams?

9/10/2025 5:17:51 AM (Delivered 9/10/2025 5:17:51 AM)

I sent you an email. Please print that letter at least three times.

9/10/2025 7:50:47 AM (Read 9/10/2025 7:51:07 AM)

Samatha Schwope (+19135759788)

Crap I didn't see this

9/10/2025 7:50:58 AM (Read 9/10/2025 7:51:07 AM)

Samatha Schwope (+19135759788)

Can we print at the hotel?

9/10/2025 7:51:41 AM (Delivered 9/10/2025 7:51:42 AM)

No clue. Dam.

9/10/2025 7:54:48 AM (Read 9/10/2025 8:08:53 AM)

Samatha Schwope (+19135759788)

I got it. Dealership is printing it

9/10/2025 8:03:28 AM (Read 9/10/2025 8:08:53 AM)

Samatha Schwope (+19135759788)

I'm assuming you're headed to the courthouse already?

9/10/2025 8:08:58 AM (Delivered 9/10/2025 8:08:59 AM)

Yes

9/11/2025 8:57:18 AM (Read 9/11/2025 9:38:56 AM)

Samatha Schwope (+19135759788)

Had to meet with team this morning. Will be there closer to 930.

9/11/2025 11:08:32 AM (Read 9/11/2025 11:09:52 AM)

Samatha Schwope (+19135759788)

Omar W.vcf

9/12/2025 9:40:08 PM (Delivered 9/12/2025 9:40:09 PM)

How is Samantha today.

9/12/2025 9:40:30 PM (Delivered 9/12/2025 9:40:31 PM)

Tory seems to be ok considering.  So sorry.

9/12/2025 9:49:55 PM (Read 9/12/2025 10:06:59 PM)

Samatha Schwope (+19135759788)

I feel good today—my team took the news well and the leadership team seems to be ok. I wish we could have gotten Tory to do this weeks ago or even in February before we filed, but everything happens for a reason. I know you feel like we lost but I don't. I think this is the way it was supposed to go and this is what's best for the estate

9/12/2025 10:11:28 PM (Delivered 9/12/2025 10:11:28 PM)

Really.  I'm not hated.

9/12/2025 10:15:18 PM (Read 9/12/2025 10:29:08 PM)

Samatha Schwope (+19135759788)

No you aren't hated! Don't worry so much, drink wine, enjoy your birthday. We're going to be fine I promise

9/12/2025 10:29:42 PM (Delivered 9/12/2025 10:29:43 PM)

I feel like I failed.  Never thought we would lose that

9/13/2025 10:01:10 PM (Read 9/13/2025 10:05:44 PM)

Samatha Schwope (+19135759788)

Happy birthday!! I hope you had an amazing day! You deserve it. Hope you're having fun in Napa 🥳🥂

9/13/2025 10:06:17 PM (Delivered 9/13/2025 10:06:17 PM)

Thanks.  Great day. Hope you guys don't hate me.

9/13/2025 10:19:59 PM (Delivered 9/13/2025 10:20:01 PM)




9/13/2025 10:19:59 PM (Delivered 9/13/2025 10:20:01 PM)

Trying to relax. Hope your night is great.

9/17/2025 10:40:57 AM (Delivered 9/17/2025 10:40:57 AM)

In meeting till noon. Can I call you then.

9/17/2025 11:14:04 AM (Read 9/17/2025 11:44:29 AM)

Samatha Schwope (+19135759788)

Yes

9/17/2025 11:55:32 AM (Delivered 9/17/2025 11:55:33 AM)

Call me if you can talk now.

9/18/2025 10:04:00 PM (Delivered 9/18/2025 10:04:01 PM)

You ok. Do we need to talk.

9/18/2025 10:27:12 PM (Read 9/18/2025 10:27:19 PM)

Samatha Schwope (+19135759788)

I thought we weren't allowed to talk?? If you're allowed let's chat tomorrow

9/18/2025 10:28:31 PM (Delivered 9/18/2025 10:28:32 PM)

On cell only. Im walking on eggs.

9/18/2025 10:29:56 PM (Read 9/18/2025 10:29:57 PM)

Samatha Schwope (+19135759788)

I get it—if you have a minute tomorrow I could really use some advice. I'm ok but I'm definitely in limbo right now

9/18/2025 10:32:21 PM (Delivered 9/18/2025 10:32:21 PM)

I truly care about your family. This isn't right. Please delete my texts from this week. Tory didn't pay me on 8-29 for reasons I don't know but I'm out a half million dollars. I have to be careful. I have to get paid. That's a huge number. Please make sure Tory is deleting my text messages too. Please.

9/18/2025 10:33:14 PM (Read 9/18/2025 10:33:23 PM)

Samatha Schwope (+19135759788)

Whoa…Tory personally or DCA??

9/18/2025 10:33:50 PM (Delivered 9/18/2025 10:33:50 PM)

Tory told Focus not to pay me until October.

9/18/2025 10:34:42 PM (Read 9/18/2025 10:34:42 PM)

Samatha Schwope (+19135759788)

Are you sure?? I thought we weren't allowed to pay professionals in the last cash collateral order and that's why you didn't get paid.

9/18/2025 10:34:54 PM (Delivered 9/18/2025 10:34:54 PM)

Every other professional got paid.

9/18/2025 10:35:16 PM (Delivered 9/18/2025 10:35:17 PM)

I think it was a cash flow issue.

9/18/2025 10:35:21 PM (Read 9/18/2025 10:35:22 PM)

Samatha Schwope (+19135759788)

That makes no sense. I have no idea why he would have done that

9/18/2025 10:35:35 PM (Delivered 9/18/2025 10:35:35 PM)

It hurts.

9/18/2025 10:36:26 PM (Read 9/18/2025 10:36:26 PM)

Samatha Schwope (+19135759788)

I'm sorry larry, that's messed up. I'll make sure texts are deleted and I'll ask Tory to do the same.

9/18/2025 10:38:14 PM (Delivered 9/18/2025 10:38:14 PM)

Any chance Tory buys this back.

9/18/2025 10:38:37 PM (Read 9/18/2025 10:38:38 PM)

Samatha Schwope (+19135759788)

I don't think so anymore

9/18/2025 10:38:53 PM (Read 9/18/2025 10:38:55 PM)

Samatha Schwope (+19135759788)

I think Tory is finally facing reality

9/18/2025 10:39:41 PM (Delivered 9/18/2025 10:39:41 PM)

How does he materialize Valley Farms or impossible?

9/18/2025 10:40:20 PM (Read 9/18/2025 10:40:21 PM)

Samatha Schwope (+19135759788)

I don't think he does. I think he loses valley hill to frontier unless he can make a deal

9/18/2025 10:40:23 PM (Delivered 9/18/2025 10:40:23 PM)

Brent gives us list of leases to reject tomorrow. I'm sure most insider leases are rejected.

9/18/2025 10:40:32 PM (Read 9/18/2025 10:40:32 PM)

Samatha Schwope (+19135759788)

I'm sure

9/18/2025 10:40:59 PM (Delivered 9/18/2025 10:41:00 PM)

Is he prepared for that.

9/18/2025 10:41:25 PM (Delivered 9/18/2025 10:41:25 PM)

Will his marriage survive.

9/18/2025 10:42:17 PM (Read 9/18/2025 10:42:17 PM)

Samatha Schwope (+19135759788)

I don't know, I'm just speculating, but I know that frontier won't leave Tory alone

9/18/2025 10:42:17 PM (Delivered 9/18/2025 10:42:17 PM)

In worried for him. I assume you're ok.

9/18/2025 10:43:26 PM (Delivered 9/18/2025 10:43:27 PM)

They hate him.  I think his loans cost a couple jobs at frontier.

9/18/2025 10:43:54 PM (Read 9/18/2025 10:43:54 PM)

Samatha Schwope (+19135759788)

We'll all be ok—I think this will end up being a blessing in the long run. I hope he can eventually move on

9/18/2025 10:44:07 PM (Delivered 9/18/2025 10:44:08 PM)

Can he sell inventory quickly off valley hill.  If so he needs to.

9/18/2025 10:44:11 PM (Read 9/18/2025 10:44:12 PM)

Samatha Schwope (+19135759788)

Live a normal life with a normal job

9/18/2025 10:44:33 PM (Read 9/18/2025 10:44:34 PM)

Samatha Schwope (+19135759788)

I'm not sure—I don't know that he's gotten that far yet

9/18/2025 10:45:04 PM (Delivered 9/18/2025 10:45:04 PM)

He needs to concentrate on liquidating assets and protecting them.

9/18/2025 10:45:36 PM (Delivered 9/18/2025 10:45:37 PM)

Needs to start with valley hill.  Quickly. Quickly. Quickly.

9/18/2025 10:45:57 PM (Read 9/18/2025 10:45:57 PM)

Samatha Schwope (+19135759788)

How does protect them? Put them in a trust?

9/18/2025 10:46:17 PM (Delivered 9/18/2025 10:46:17 PM)

In his wife's name.

9/18/2025 10:46:30 PM (Read 9/18/2025 10:46:34 PM)

Samatha Schwope (+19135759788)

I'll tell him

9/18/2025 10:47:04 PM (Delivered 9/18/2025 10:47:04 PM)

Good night. Pleae delete emails starting this week. Leave old ones.

9/18/2025 10:47:26 PM (Read 9/18/2025 10:47:28 PM)

Samatha Schwope (+19135759788)

I will. Thank you larry for everything

9/18/2025 10:47:51 PM (Delivered 9/18/2025 10:47:51 PM)

Wish I could have done more. I really do.

9/18/2025 10:48:29 PM (Read 9/18/2025 10:48:29 PM)

Samatha Schwope (+19135759788)

I know you do. I think we all feel that way but it wasn't meant to be. Things happen for a reason

9/18/2025 10:48:57 PM (Delivered 9/18/2025 10:48:57 PM)

I don't lose.

9/18/2025 10:49:16 PM (Read 9/18/2025 10:49:38 PM)

Samatha Schwope (+19135759788)

I know—don't beat yourself up. I appreciate you

9/18/2025 10:49:26 PM (Read 9/18/2025 10:49:38 PM)

Samatha Schwope (+19135759788)

Night Larry

• You reacted with 😂 on 5/27/2026 4:29:11 AM

9/19/2025 9:05:33 PM (Delivered 9/19/2025 9:05:35 PM)

How was your day. How was the meeting. Hope your well.

9/20/2025 12:07:10 PM (Read 9/20/2025 12:07:22 PM)

Samatha Schwope (+19135759788)

I was asleep last night. Slept 10 hours. I feel a lot better. I was uninvited to the meeting. Not surprising. Tory keeps flip flopping on what he wants to do. Do you think there's any chance the judge overturns him being fired?

9/20/2025 12:07:55 PM (Delivered 9/20/2025 12:07:55 PM)

No and if she does what's next.

9/22/2025 5:54:19 PM (Read 9/22/2025 5:54:51 PM)

Samatha Schwope (+19135759788)

I have a question. If you're able to call please do. I know you're in a precarious position so if you can't I understand

9/23/2025 8:17:58 AM (Delivered 9/23/2025 8:17:59 AM)

Yes. I'll call about 8:45.

• Samatha Schwope reacted with 👍 on 9/23/2025 8:25:31 AM

9/23/2025 9:13:22 AM (Delivered 9/23/2025 9:13:23 AM)

Is Jessica a friend still or foe.

9/23/2025 9:28:25 AM (Read 9/23/2025 9:44:57 AM)

Samatha Schwope (+19135759788)

Jesica is still friend for sure

9/23/2025 9:45:16 AM (Delivered 9/23/2025 9:45:18 AM)

Is she working on budget.

9/23/2025 9:54:33 AM (Read 9/23/2025 10:02:02 AM)

Samatha Schwope (+19135759788)

No not really—Omar will ask her for bits of info here and there but she isn't creating it

10/21/2025 11:38:51 AM (Delivered 10/21/2025 11:38:52 AM)

Hope you are doing well. Heard you were let go at D C A. Probably a blessing in long run. I'm doing nothing in the DCA case.

10/21/2025 1:05:44 PM (Read 10/21/2025 1:52:15 PM)

Samatha Schwope (+19135759788)

I did and I'm so relieved! Friday was my last day. I'm just trying to help Tory however I can now

10/21/2025 1:52:44 PM (Delivered 10/21/2025 1:52:45 PM)

What's he up to. Sounds like he lost his lawyers. Bummer.

10/21/2025 2:10:59 PM (Delivered 10/21/2025 2:10:59 PM)

Is there a game plan.

10/21/2025 9:01:30 PM (Read 10/21/2025 9:03:52 PM)

Samatha Schwope (+19135759788)

I think he's nervous to do anything without lawyers—such a messed up situation. Everyone should be able to find legal counsel. It's BS.

11/5/2025 3:06:46 PM (Delivered 11/5/2025 3:06:47 PM)

Need your personal address please

11/5/2025 3:22:32 PM (Read 11/5/2025 3:24:32 PM)

Samatha Schwope (+19135759788)

14918 Outlook Lane Overland Park, KS 66223

11/5/2025 3:22:40 PM (Read 11/5/2025 3:24:32 PM)

Samatha Schwope (+19135759788)

Hope it’s for something good!

11/5/2025 3:24:39 PM (Delivered 11/5/2025 3:24:39 PM)

Always.

11/5/2025 3:25:38 PM (Delivered 11/5/2025 3:25:39 PM)

Private email?

11/5/2025 3:25:54 PM (Read 11/5/2025 3:25:55 PM)

Samatha Schwope (+19135759788)

Samantha.schwope@gmail.com

12/16/2025 9:51:27 AM (Read 12/16/2025 9:51:37 AM)

Samatha Schwope (+19135759788)

Thank you for the wine Larry! Have a Merry Christmas and a Happy New Year

12/16/2025 9:51:57 AM (Delivered 12/16/2025 9:51:58 AM)

What are you doing these days.

12/16/2025 9:54:23 AM (Read 12/16/2025 9:54:33 AM)

Samatha Schwope (+19135759788)

Helping Tory a little, but mostly working on my short term rental business. Bahamas home will be available starting in January!

12/16/2025 9:54:59 AM (Delivered 12/16/2025 9:54:59 AM)

Wow fun.  Send me the link.

12/16/2025 9:56:17 AM (Read 12/16/2025 10:00:06 AM)

Samatha Schwope (+19135759788)

Will do once it's up. Headed down there after Christmas to put finishing touches on it! Hope you're doing well. I'm very much enjoying spending more time with my family

12/16/2025 10:00:33 AM (Delivered 12/16/2025 10:00:35 AM)

Good for you. Have a blessed Christmas.

1/1/2026 2:20:07 PM (Delivered 1/1/2026 2:20:17 PM)




2/17/2026 5:20:24 PM (Delivered 2/17/2026 5:20:26 PM)



LEWIS RICE LLC

Attorneys at Law

MEMORANDUM

TO: Larry Parres

FROM: Larry Parres

DATE: February 16, 2026

RE: Discovery Requested by DCA Outdoor, Inc.

Pursuant to the discovery served upon Lewis Rice by the above client on April 5, 2026 I am hereby asking our IT group to obtain all phone records and phone calls made to the following parties:

1. DCA Outdoor, Inc. General Office Number 816 229-1277
2. Tory Schwope – Office: ________; Cell: (913) 208-5386
3. Samantha Schwope –Office: __________; Cell: (913) 575-9788
4. Beth Ann Schwope – Office: (816) 373-5590
5. Michael Scott – Office: ________; Cell: (614) 377-0355
6. Jessica DeGregorio – Office: __________; Cell: (785) 691-5661
7. Omar Widdup – Office: ___________; Cell: (636) 538-0902
8. Juanita Schwartzkopf – Office: (773) 724-2082; Cell: (520) 203-2926
9. Alex Tricoli-Walkanoff – Office: (773) 724-2082; Cell: (262) 287-6642 ✓
10. Zachary Turbett – Office: (773) 724-2082; Cell: (847) 257-3590
11. Simon Coughlin – Office: (773) 724-2082; Cell: (440) 591-0694
12. Samuel M. Williams – Office: (773) 724-2082; Cell: (630) 696-6638

2/17/2026 5:20:24 PM (Delivered 2/17/2026 5:20:26 PM)

Any way you can fill in these blanks and send it back.

2/17/2026 5:34:24 PM (Read 2/17/2026 5:34:37 PM)

Samatha Schwope (+19135759788)

What in the world is that…

2/17/2026 5:35:36 PM (Delivered 2/17/2026 5:35:36 PM)

I have to produce phone logs and I honestly don't know what your office numbers were. Not a big deal but thought I would ask. Hope you are well

Delivered

2/17/2026 5:36:20 PM (Read 2/17/2026 5:36:20 PM)

Samatha Schwope (+19135759788)

None of us have office numbers, just cell numbers

iMessage
5/15/2026 7:01:59 PM (Read 5/15/2026 7:02:08 PM)

Steven Drapekin (+13143974425)
Larry. 330 work for you Monday instead?

5/15/2026 7:03:24 PM (Delivered 5/15/2026 7:03:25 PM)

No. I am committed after noon the rest of the day. I can do earlier like 7 or 7:30.

5/15/2026 7:04:07 PM (Read 5/15/2026 7:04:20 PM)

Steven Drapekin (+13143974425)
He is on the west coast. I can propose 10 am but I may not make it. Not sure I am needed. Does 10 work

5/15/2026 7:04:29 PM (Delivered 5/15/2026 7:04:29 PM)

Yes.

5/15/2026 7:08:49 PM (Read 5/15/2026 7:08:57 PM)

Steven Drapekin (+13143974425)
Does Tuesday afternoon work if we can't coordinate Monday

5/15/2026 7:09:29 PM (Delivered 5/15/2026 7:09:30 PM)

Yes. My Monday afternoon is crazy and I'm out. Sorry.

5/15/2026 7:09:40 PM (Read 5/15/2026 7:09:41 PM)

Steven Drapekin (+13143974425)
No problem

5/15/2026 7:15:30 PM (Delivered 5/15/2026 7:15:31 PM)

Should I send him an email. Or we looking to delay.

5/15/2026 7:16:27 PM (Read 5/15/2026 7:16:34 PM)

Steven Drapekin (+13143974425)
He is sending invite. Tuesday 330. Wants me on for some reason. I think this is your show. Monday I think we are heading out to city museum at 930 so I can't really do a call then and you are out in the pm

5/15/2026 7:16:53 PM (Delivered 5/15/2026 7:16:53 PM)

Cool.

5/15/2026 7:17:49 PM (Delivered 5/15/2026 7:17:50 PM)

I haven't been to the city museum in years if not decades. Enjoy.

5/15/2026 7:18:36 PM (Read 5/15/2026 7:18:41 PM)

Steven Drapekin (+13143974425)

Me too. Doing that. Baseball Thursday. Friday grants farm. Kids are 6 and 3 so fun stuff for them

5/15/2026 7:20:12 PM (Delivered 5/15/2026 7:20:13 PM)

There is a Fitzes bottling plant restaurant 3 miles from grants farm on Lindbergh. Fun ice cream and watching soda being made.

5/15/2026 7:20:40 PM (Read 5/15/2026 7:20:48 PM)

Steven Drapekin (+13143974425)

Oh wow. Ok. I will look that up

6/29/2026 1:42:19 PM (Delivered 6/29/2026 1:42:20 PM)

I do not trust these people.

Delivered

Text message
9/2/2025 8:25:45 AM (Read 9/2/2025 8:53:06 AM)

Tory Schwope (+19132085386)

Are we still planning to have a call this morning?

9/2/2025 8:26:43 AM (Read 9/2/2025 8:53:06 AM)

Juanita (+15202032926)

Yes

9/2/2025 8:26:55 AM (Read 9/2/2025 8:53:06 AM)

Juanita (+15202032926)

10 eastern, 9 central

9/2/2025 9:01:52 AM (Read 9/2/2025 9:40:05 AM)

Juanita (+15202032926)

Microsoft Teams Need help?<https://aka.ms/JoinTeamsMeeting?omkt=en-US>

Join the meeting now<https://teams.microsoft.com/l/meetup-join/19%3ameeting_Y2EyMzFjNzYtOTVkYy00ZDE4LTkwMDktMjIyN2VlMjAyMDkz%40thread.v2/0?context=%7b%22Tid%22%3a%22244ccb2a-d673-4d26-aeb3-45d346c94d8f%22%2c%22Oid%22%3a%22169519c9-4238-4b6b-a001-239824e165ba%22%7d>

Meeting ID: 251 208 618 329 9

Passcode: 7C5Vz9ei

________________________________

Dial in by phone

+1 312-620-7776,,633073816#<tel:+13126207776,,633073816#> United States, Chicago

9/2/2025 2:06:48 PM (Read 9/2/2025 2:09:21 PM)

Juanita (+15202032926)

Can we talk before 4 eastern

9/2/2025 2:07:37 PM (Read 9/2/2025 2:09:21 PM)

Juanita (+15202032926)

I am tied up from 4 to 7 eastern

9/5/2025 2:10:12 PM (Read 9/5/2025 2:10:17 PM)

Tory Schwope (+19132085386)

*Attachment not found: imagejpeg_0.jpg (Image)*

9/5/2025 2:10:49 PM

Interesting.

9/5/2025 2:11:35 PM (Read 9/5/2025 2:14:41 PM)

Tory Schwope (+19132085386)

Samantha received one also

9/5/2025 2:14:55 PM

Not surprised.

9/5/2025 2:16:20 PM

Check included?

9/5/2025 2:17:35 PM (Read 9/5/2025 2:20:09 PM)

Tory Schwope (+19132085386)

No check pal

9/5/2025 2:25:59 PM

Can you find out if Todd got one.

9/5/2025 2:28:00 PM (Read 9/5/2025 3:27:12 PM)

Tory Schwope (+19132085386)

I will have Samantha reach out to him.

9/5/2025 2:44:58 PM (Read 9/5/2025 3:27:12 PM)

Juanita (+15202032926)

Did Jessica or Omar?

9/5/2025 2:52:02 PM (Read 9/5/2025 3:27:12 PM)

Tory Schwope (+19132085386)

No on Jess and Omar.  We haven't heard back from Todd yet

9/5/2025 2:54:50 PM (Read 9/5/2025 3:27:12 PM)

Tory Schwope (+19132085386)

I will find out.

Text message
6/26/2025 12:49:42 PM (Read 6/26/2025 1:15:28 PM)

Samatha Schwope (+19135759788)

*Attachment not found:*
*Screenshot 2025-06-26 at 12.49.06 PM.jpeg (Image)*

6/26/2025 12:49:42 PM (Read 6/26/2025 1:15:28 PM)

Samatha Schwope (+19135759788)

From Trevor Boehm, Sprucery CFO

6/26/2025 12:50:03 PM (Read 6/26/2025 1:15:28 PM)

Samatha Schwope (+19135759788)

Should I ask for $150k?

6/26/2025 1:15:56 PM (Read 6/26/2025 1:15:57 PM)

Tory Schwope (+19132085386)

Take the 120

6/26/2025 1:16:55 PM

Ask for $150,000 or $140,000. You need Juanita approval.

6/26/2025 1:17:36 PM (Read 6/26/2025 1:17:43 PM)

Tory Schwope (+19132085386)

Okay

6/26/2025 1:17:46 PM (Read 6/26/2025 1:18:14 PM)

Tory Schwope (+19132085386)

Juanita wanted to take 80k

Text message
2/7/2025 5:06:10 PM (Read 2/7/2025 6:38:16 PM)

Tory Schwope (+19132085386)

Larry, This is Tory with DCA Outdoor. I have a couple of questions if you have a chance to call me back at your convenience.

2/7/2025 6:38:39 PM

Talk tomorrow? Sorry In mediation all day.

2/7/2025 6:39:03 PM (Read 2/7/2025 6:39:49 PM)

Tory Schwope (+19132085386)

Sure. Sounds good

2/7/2025 6:40:11 PM

Where are we with DIP Lenddr

2/7/2025 6:41:05 PM (Read 2/7/2025 7:01:09 PM)

Tory Schwope (+19132085386)

We should have an engagement signed tomorrow with Hoeman.

2/8/2025 9:09:27 AM (Read 2/8/2025 9:22:22 AM)

Tory Schwope (+19132085386)

I am available anytime time that is convenient for you.

2/8/2025 9:25:23 AM

On golf course. Call this afternoon

2/8/2025 9:25:41 AM (Read 2/8/2025 9:32:24 AM)

Tory Schwope (+19132085386)

Sounds good

2/9/2025 10:20:07 AM

Call any time.

2/9/2025 10:30:30 AM (Read 2/9/2025 10:30:35 AM)

Tory Schwope (+19132085386)

Thx. I'm tied up for an hour or so.

2/9/2025 10:31:01 AM

Just call. Just landed so I'm good all day.

2/10/2025 2:41:51 PM

I have the check and will hold it.  Please send the wire tomorrow or Wednesday.  I'll send wire instructions.

2/10/2025 2:42:39 PM (Read 2/10/2025 2:46:38 PM)

Tory Schwope (+19132085386)

We have received the money from our customer and will send the wire tomorrow.

2/10/2025 2:46:48 PM

Great.  Thanks.

2/14/2025 2:19:00 PM (Read 2/14/2025 2:19:10 PM)

Tory Schwope (+19132085386)

Do you have time to touch base today?

2/14/2025 2:19:32 PM

Yep call   I'm in the office.   314 444 7660

2/14/2025 2:31:39 PM

Call back

2/19/2025 4:13:31 PM (Read 2/19/2025 8:30:11 PM)

Tory Schwope (+19132085386)

Please give me a call at your convenience.   Tory

2/21/2025 2:03:58 PM (Read 2/21/2025 2:04:05 PM)

Tory Schwope (+19132085386)

I'll call you back.

2/21/2025 2:04:09 PM

Awesome.

3/7/2025 1:23:36 PM (Read 3/7/2025 1:53:08 PM)

Tory Schwope (+19132085386)

Please give me a call at your convenience.

3/9/2025 1:53:20 PM

Tory we are really close on the DIP but please don't lose sight of the battle of the budget. You have to establish the bare minimum dollars you need to remain viable for years to come. The committee will help you with this thus I strongly suggest we establish the bare minimum and then ask for more with the committees support in the next couple weeks and over FNBs objection. Just wanted to share my thoughts.

3/9/2025 1:59:59 PM (Read 3/9/2025 2:00:05 PM)

Tory Schwope (+19132085386)

Copy

3/11/2025 3:15:58 PM (Read 3/11/2025 3:15:59 PM)

Tory Schwope (+19132085386)

I'm good with the dip terms and budget

3/11/2025 3:16:27 PM

You sure. Does it give you what you need to survive.

3/11/2025 3:16:57 PM

Once dip is in place where do we go to find permanent financing.

3/11/2025 3:18:53 PM (Read 3/11/2025 3:19:15 PM)

Tory Schwope (+19132085386)

Yes

3/11/2025 3:19:43 PM (Read 3/11/2025 3:19:59 PM)

Tory Schwope (+19132085386)

We can operate on cash until we get refinancing to come out of bankruptcy.

3/14/2025 12:45:27 PM (Read 3/14/2025 12:54:26 PM)

Tory Schwope (+19132085386)

Please give me a call at your convenience

3/14/2025 12:54:38 PM

Hey you need to figure out how you are going to be able to send wires or ach out on Monday. Are they sending $2.5 to BMO and if so what time. You business people need to make this happen not lawyers. Is your team ready to send money out. Are third parties ready to deliver. You get it But you have to make sure you know how this works. Good luck.

3/14/2025 12:56:36 PM (Read 3/14/2025 1:34:51 PM)

Tory Schwope (+19132085386)

We are all over it. Focus is slow, but we are working hard to streamline the process. I also plan to visit with Juanita and ask her for some help with that.

3/14/2025 12:57:18 PM (Read 3/14/2025 1:34:51 PM)

Tory Schwope (+19132085386)

I do have some other questions when you have a free moment.

3/19/2025 6:04:51 PM (Read 3/19/2025 6:05:29 PM)

Tory Schwope (+19132085386)

Try me back

3/21/2025 8:45:02 AM

Please call steve Drapekin He is melting down again.

3/21/2025 8:56:26 AM (Read 3/21/2025 9:38:35 AM)

Tory Schwope (+19132085386)

Copy

3/21/2025 9:39:17 AM

Dude we need tax returns asap. We will be in default if we don't answer your corporate structure issues.

3/21/2025 10:04:00 AM (Read 3/21/2025 10:52:43 AM)

Tory Schwope (+19132085386)

Jess is sending the to Steve

3/25/2025 10:14:12 AM

Quit talking so much.

3/25/2025 10:53:59 AM (Read 3/25/2025 11:35:48 AM)

Tory Schwope (+19132085386)

Sorry

3/25/2025 11:36:17 AM

Love it. Great job. Please get Mike Scott to grant access asap. Please.

3/28/2025 4:08:39 PM (Read 3/28/2025 4:10:15 PM)

Tory Schwope (+19132085386)

Do you have a few minutes?

3/28/2025 4:10:29 PM

Yep I'll call you around 5

3/28/2025 5:33:59 PM (Read 3/28/2025 5:58:40 PM)

Tory Schwope (+19132085386)

Please don't forget about me boss.

3/28/2025 8:44:21 PM

Sorry  Morning?

3/28/2025 8:44:36 PM (Read 3/28/2025 8:54:46 PM)

Tory Schwope (+19132085386)

Sure pal

3/28/2025 8:55:00 PM

Sorry.  I needed a drink.  Long week.

3/28/2025 8:55:25 PM (Read 3/28/2025 9:01:28 PM)

Tory Schwope (+19132085386)

It's all good 👍

3/31/2025 10:43:02 AM

She hub the one from John hall not me.

4/9/2025 7:50:35 PM

Hey where are we with the February and March operating reports.  They are due a week from Monday.

4/9/2025 7:51:09 PM (Read 4/9/2025 7:51:09 PM)

Tory Schwope (+19132085386)

I don't know anything about that.

4/9/2025 7:51:35 PM

We need 2 hours of yours Samantha's and Scott's time Friday to prepare for 342 meeting next Monday.

4/9/2025 7:52:34 PM (Read 4/9/2025 7:52:34 PM)

Tory Schwope (+19132085386)

Sounds good. Will you be in KC for that hearing?

4/9/2025 8:00:09 PM

No it's a zoom call not a hearing. I'll have a teams call set up for Friday.

4/9/2025 9:12:08 PM

Tory please make sure no one outside of your company knows you have best case The committee wants the data and we are not giving it to them. Our version is protected by attorney client privilege. Yours is not protected. They can't know you have it. Please make sure it isn't discussed with anyone.

4/9/2025 10:48:04 PM (Read 4/10/2025 2:15:47 AM)

Tory Schwope (+19132085386)

Will do

4/10/2025 10:32:37 AM (Read 4/10/2025 10:36:54 AM)

Tory Schwope (+19132085386)

Sorry for mentioning that. I forgot the issue you brought up last night.

4/10/2025 10:37:02 AM

lol.

4/14/2025 7:27:34 PM

Hey I sent you an email on the cereal estate listing agreements. Please send to TLS.

4/14/2025 7:29:39 PM (Read 4/14/2025 7:29:45 PM)

Tory Schwope (+19132085386)

I saw it come through. What do you want me to do with it?

4/14/2025 7:29:58 PM

Send to your contact there.

4/17/2025 2:29:51 PM (Read 4/17/2025 2:30:01 PM)

Tory Schwope (+19132085386)

We have until 1pm tomorrow to wire the money and get the folks payed by eod Friday

4/17/2025 2:30:50 PM

Yep. I would send scathing email tonight of damage done by their failure to fund.

4/17/2025 2:31:20 PM (Read 4/17/2025 2:31:20 PM)

Tory Schwope (+19132085386)

Thanks pal

4/21/2025 3:41:52 PM (Read 4/21/2025 4:09:31 PM)

Tory Schwope (+19132085386)

They changed their mind. They are back to paper checks tomorrow morning and Chris is nonresponsive.

4/21/2025 4:09:43 PM

Oh boy.

4/21/2025 4:48:50 PM (Read 4/21/2025 4:49:00 PM)

Tory Schwope (+19132085386)

It's bad. They push the appointment of the Receiver until Wednesday. They are going to make another run at a takeover tomorrow morning.

4/21/2025 5:59:59 PM (Read 4/21/2025 6:19:13 PM)

Tory Schwope (+19132085386)

The top 10 list is their plan. They lay it out clearly. They told us that was their condition for making payroll.

4/21/2025 6:00:40 PM (Read 4/21/2025 6:19:13 PM)

Tory Schwope (+19132085386)

They will argue that when they make payroll tomorrow it means we agree to the top 10.

4/21/2025 6:20:24 PM

Video as much as you can. Tell them you are ready oozing.

4/21/2025 6:20:32 PM

Recording

4/21/2025 6:56:12 PM (Read 4/21/2025 7:32:40 PM)

Tory Schwope (+19132085386)

Copy

4/22/2025 5:06:51 AM

If you can't guarantee tgst employees will get paid how can you have them cone in to work. Please discuss with your counsel whether you should tell them to stay home again and blame it on Matt.

4/22/2025 7:28:46 AM (Read 4/22/2025 7:29:00 AM)

Tory Schwope (+19132085386)

We were able to get in front of a judge yesterday evening.

4/22/2025 7:29:07 AM

And

4/22/2025 7:29:45 AM (Read 4/22/2025 7:29:45 AM)

Tory Schwope (+19132085386)

I sent it to you via email

4/22/2025 7:30:08 AM (Read 4/22/2025 7:30:08 AM)

Tory Schwope (+19132085386)

Paper checks. No funny business.

4/23/2025 2:42:59 PM (Read 4/23/2025 2:53:44 PM)

Tory Schwope (+19132085386)

Please give me a call

4/25/2025 5:18:52 PM (Read 4/25/2025 5:19:02 PM)

Tory Schwope (+19132085386)

Do we need to provide the UCC access to our email accounts?

4/25/2025 5:20:02 PM

No way. Where did that come from. They can request certain types of communications and force us to do searches but access no way.

4/25/2025 5:22:10 PM (Read 4/25/2025 5:22:36 PM)

Tory Schwope (+19132085386)

David Goerisch asked us.

4/25/2025 5:23:09 PM

Nope. He asked to have certain searches done not unlimited access.

4/25/2025 5:23:27 PM (Read 4/25/2025 5:23:36 PM)

Tory Schwope (+19132085386)

Cool

4/25/2025 5:24:01 PM (Read 4/25/2025 5:24:59 PM)

Tory Schwope (+19132085386)

WTF are they looking for?

4/25/2025 5:25:16 PM

I would have to see the particular request.

4/25/2025 5:25:53 PM (Read 4/25/2025 5:36:41 PM)

Tory Schwope (+19132085386)

They want emails about the dip budget and cash collateral budget

4/25/2025 5:37:17 PM

No clue what they are looking for. Just trying to find a smoking gun.

4/25/2025 7:59:04 PM

How are sales and collections.

4/25/2025 7:59:24 PM (Read 4/25/2025 7:59:24 PM)

Tory Schwope (+19132085386)

The numbers are good pal

4/25/2025 8:02:57 PM

Collections?

4/25/2025 8:03:51 PM (Read 4/25/2025 8:04:00 PM)

Tory Schwope (+19132085386)

Last week and this week are around 2M each. Close to plan.

4/25/2025 8:04:20 PM

When do I see the next forecast.

4/25/2025 8:04:22 PM (Read 4/25/2025 8:04:39 PM)

Tory Schwope (+19132085386)

We turn the corner on cash next week.

4/25/2025 8:04:48 PM

I'm going to hold you to that.

4/25/2025 8:05:06 PM (Read 4/25/2025 8:05:06 PM)

Tory Schwope (+19132085386)

We reviewed it in my meeting this morning for a couple of hours.

4/25/2025 8:05:55 PM (Read 4/25/2025 8:05:58 PM)

Tory Schwope (+19132085386)

It shows dip paid in full. 1.5M in the bank and 8M in AR on July 1.

4/25/2025 8:07:59 PM (Read 4/25/2025 8:08:10 PM)

Tory Schwope (+19132085386)

There are some things we need to check up on, but that is what I was thinking. I don't think it's too far off.

4/25/2025 8:09:09 PM

Sales people doing any thing new or just living the life they are use to. Time for some new sale incentives.

4/25/2025 8:10:46 PM (Read 4/25/2025 8:10:46 PM)

Tory Schwope (+19132085386)

Most of them quit in the past month. I lost my guy in Colorado this week. I don't know wtf is going on.

4/25/2025 8:10:49 PM

How is Oregon going.

4/25/2025 8:11:57 PM (Read 4/25/2025 8:12:08 PM)

Tory Schwope (+19132085386)

The receiver showed up today. Was impressed, cool, and calm. He'll be back on Monday. I'll be there.

4/30/2025 6:10:30 PM

How is the Oregon receivership going.

4/30/2025 6:10:50 PM

I assume quiet is to your liking.

4/30/2025 6:11:19 PM

Is Ag Credit on board.

4/30/2025 7:22:55 PM (Read 4/30/2025 7:29:51 PM)

Tory Schwope (+19132085386)

I can't tell. These guys won't say anything. They move very slow.

4/30/2025 7:23:12 PM (Read 4/30/2025 7:29:51 PM)

Tory Schwope (+19132085386)

We should have a conversation about it.

5/2/2025 1:13:57 PM (Read 5/2/2025 2:22:36 PM)

Tory Schwope (+19132085386)

Do you have time to talk this afternoon?

5/5/2025 8:48:12 AM (Read 5/5/2025 8:48:21 AM)

Tory Schwope (+19132085386)

Do you have any time to catch up with me today?

5/5/2025 8:48:24 AM

Now

5/6/2025 9:28:44 AM (Read 5/6/2025 9:45:49 AM)

Tory Schwope (+19132085386)

I would like to visit with you again sometime today or this evening.

5/6/2025 9:29:14 AM (Read 5/6/2025 9:45:49 AM)

Tory Schwope (+19132085386)

I would also like to set up a call with you, me, and Juanita tomorrow.

5/6/2025 9:46:05 AM

Call and 10

5/7/2025 2:54:49 PM (Read 5/7/2025 2:59:36 PM)

Tory Schwope (+19132085386)

Please call asap

5/15/2025 8:59:12 AM (Read 5/15/2025 8:59:23 AM)

Tory Schwope (+19132085386)

I'll call you back.

5/15/2025 9:00:08 AM

I need all of the real property leases today. I have to file a motion to extend time to assume them. How many are there

5/21/2025 5:30:47 PM

Sent you an email. The US Trustee's Office is following up on an anonymous allegation regarding home improvements to your house. I only sent it to you. Smells like Edmundson. The Debtors have to respond. Let me know if you need to discuss.

5/21/2025 5:36:26 PM (Read 5/21/2025 5:36:32 PM)

Tory Schwope (+19132085386)

Are you available?

5/21/2025 5:36:36 PM

Yes

5/21/2025 6:14:13 PM

Tory please read the email in detail. I feel like this is a set up. Please discuss with your wife to verify. My gut is telling me trouble in that they have something in their hand. Please proceed cautiously.

5/21/2025 8:43:27 PM (Read 5/21/2025 8:48:45 PM)

Tory Schwope (+19132085386)

Will do

5/22/2025 10:00:16 AM

I need an email on house please.

5/22/2025 10:01:13 AM (Read 5/22/2025 10:01:22 AM)

Tory Schwope (+19132085386)

I have Sam pulling some information for me. I want to review that info with you.

5/22/2025 8:38:30 PM

Can we do a call before 11 am.

5/22/2025 9:13:50 PM (Read 5/22/2025 9:34:12 PM)

Tory Schwope (+19132085386)

Yes

5/22/2025 9:34:33 PM

Set time. 10?

5/22/2025 9:48:01 PM (Read 5/23/2025 8:53:32 AM)

Tory Schwope (+19132085386)

Alright

5/23/2025 9:04:52 AM

I'm free now and until 10:30. Call my cell.

5/23/2025 9:17:42 AM (Read 5/23/2025 9:17:55 AM)

Tory Schwope (+19132085386)

I'll jump out of my meeting at 930.

5/23/2025 9:18:19 AM

Whenever. I'm here we can do this next week too.

5/23/2025 9:35:57 AM

Send me the email with details again. I can't find it.

5/27/2025 9:15:45 AM

I need the home mortgages boss.

5/27/2025 9:16:19 AM (Read 5/27/2025 10:27:06 AM)

Tory Schwope (+19132085386)

I have my wife on it.

5/27/2025 9:59:38 AM (Read 5/27/2025 10:27:06 AM)

Tory Schwope (+19132085386)


RURAL 1st Menu

ACCOUNT SUMMARY

Loans

| | |
|---|---|
| RURAL HOME LOAN x6200 | $714,086.01 Current Balance |
| RURAL HOME LOAN x6000 | $959,734.53 Current Balance |
| | $1,673,820.54 Total |

RURAL 1st

Routing Number: 096016972 | 1-855-353-2854 |
CustomerService@Rural1st.com
© 2025 Rural 1st. 12501 Lakefront Place, Louisville, KY

5/27/2025 10:00:15 AM (Read 5/27/2025 10:27:06 AM)

Tory Schwope (+19132085386)

She is going to send me a pdf of both statements after lunch.

5/27/2025 10:27:38 AM

I'm need actual mortgages.

5/27/2025 10:31:03 AM (Read 5/27/2025 10:34:25 AM)

Tory Schwope (+19132085386)

Alright

5/27/2025 3:07:17 PM

Need you to respond to email and fill in dates.

5/27/2025 4:05:07 PM (Read 5/27/2025 4:27:14 PM)

Tory Schwope (+19132085386)

Will do

5/28/2025 10:11:41 AM

What year did you and Beth buy Lee Summit property.

5/28/2025 10:12:22 AM (Read 5/28/2025 10:12:22 AM)

Tory Schwope (+19132085386)

2020

5/28/2025 2:32:03 PM

Is email approved to send.

6/3/2025 2:08:44 PM

I need the full legal names of the three non debtor entities.

6/3/2025 2:09:46 PM (Read 6/3/2025 2:12:48 PM)

Tory Schwope (+19132085386)

Any entity I have ownership interest in?

6/3/2025 2:13:23 PM

The three we have been kicking around. Sugar hill, plant rite, and ?

6/3/2025 2:19:46 PM (Read 6/3/2025 2:34:53 PM)

Tory Schwope (+19132085386)

Valley Hill Tree Farm LLC

6/3/2025 2:19:58 PM (Read 6/3/2025 2:34:53 PM)

Tory Schwope (+19132085386)

Plantright LLC

6/3/2025 2:20:26 PM (Read 6/3/2025 2:34:53 PM)

Tory Schwope (+19132085386)

O & S Holdings LLC

6/3/2025 2:20:41 PM (Read 6/3/2025 2:34:53 PM)

Tory Schwope (+19132085386)

Rio Verde Holdings LLC

6/4/2025 10:28:49 AM

Good morning. I really need you signature on what David Goerisch has sent you. I will resend right now. Due today at noon. Sorry.

6/4/2025 5:21:14 PM (Read 6/4/2025 5:32:13 PM)

Tory Schwope (+19132085386)

Did this make it back to you?

6/4/2025 5:32:37 PM

Yes sir. Looks like Oregon property will be under contract soon.

6/4/2025 5:33:05 PM (Read 6/4/2025 5:33:27 PM)

Tory Schwope (+19132085386)

The neighbors want it bad.

6/4/2025 5:34:25 PM

They are paying under asking price. Not smart. Can you get your inventory off property by April 2926.

6/4/2025 5:34:30 PM

2026.

6/4/2025 5:36:05 PM (Read 6/4/2025 5:38:22 PM)

Tory Schwope (+19132085386)

Yes, but I am open to your advice. I'm just trying to do the right thing.

6/4/2025 5:39:24 PM

You know your business. Stay true to it until we have turned a new page. Dont let us confuse what you have built. Stay true to your judgement.

6/4/2025 5:41:11 PM (Read 6/4/2025 5:41:58 PM)

Tory Schwope (+19132085386)

For sure. We don't need the farm. I don't think we will get more for it.

6/4/2025 5:42:25 PM (Read 6/4/2025 5:42:25 PM)

Tory Schwope (+19132085386)

However, I have no feel for the politics of this. If there is no political value in Frontier getting $2M after this closes, then it makes no sense to sell.

6/4/2025 5:42:48 PM

Can you remove the inventory in less than a year. Where does it go.

6/4/2025 5:44:24 PM (Read 6/4/2025 5:45:02 PM)

Tory Schwope (+19132085386)

It was all scheduled to be harvested. On the Bare-root trees, you clear a field every 4 years. This is my chance to sell.

6/4/2025 5:44:51 PM (Read 6/4/2025 5:45:02 PM)

Tory Schwope (+19132085386)

Only 30% of the farm has inventory on it.

6/4/2025 5:45:18 PM

Cool.

6/4/2025 5:45:21 PM (Read 6/4/2025 5:46:11 PM)

Tory Schwope (+19132085386)

About $4M in value

6/4/2025 5:46:45 PM

What will you be able to sell for then? 4M

6/4/2025 5:49:48 PM (Read 6/4/2025 5:55:27 PM)

Tory Schwope (+19132085386)

Probably. It depends on the market for next year. I still don't have a feel for rather demand will improve or not, but this is normal course. If the farm didn't sell, all the inventory would still be harvested. The only difference is this fall and next spring, we would plant a new crop on half the farm.

6/4/2025 5:51:03 PM (Read 6/4/2025 5:55:27 PM)

Tory Schwope (+19132085386)

I plan to rent from a neighbor the land we need for the next crop. I need 50 acres. It's only $25k per year rent.

6/4/2025 5:52:49 PM (Read 6/4/2025 5:55:27 PM)

Tory Schwope (+19132085386)

That land is much more efficient for us because it's closer. It will save hundreds of thousands in expenses over the 4 years.

6/4/2025 5:56:03 PM

Way cool.

6/9/2025 1:22:29 PM (Read 6/9/2025 1:22:37 PM)

Tory Schwope (+19132085386)

Do you have a few minutes for a call?

6/9/2025 1:22:42 PM

Yes sir.

6/16/2025 8:00:58 AM

You know you will be testifying this Friday in KC. I will prep you Thursday after noon.

6/16/2025 8:06:59 AM (Read 6/16/2025 8:22:34 AM)

Tory Schwope (+19132085386)

Sounds good

6/16/2025 8:22:50 AM

Thanks. Will try to get outline to you tomorrow.

6/18/2025 8:32:23 PM

We should be at your offices around noon tomorrow.

6/18/2025 8:33:58 PM (Read 6/18/2025 8:34:16 PM)

Tory Schwope (+19132085386)

Cool

6/18/2025 8:34:08 PM (Read 6/18/2025 8:34:16 PM)

Tory Schwope (+19132085386)

Drive safe

7/7/2025 9:28:35 PM

So what are your thoughts on repaying the Dip this week. If not I need you to sign extension letter tomorrow.

7/7/2025 11:46:07 PM (Read 7/8/2025 7:28:42 AM)

Tory Schwope (+19132085386)

I'd rather pay it back.

7/8/2025 7:29:45 AM

Are you in a place you can print and sign two docs this morning and return signature pages.

7/8/2025 7:29:56 AM

Let's pay it back.

7/8/2025 8:30:28 AM (Read 7/8/2025 8:37:08 AM)

Tory Schwope (+19132085386)

Yes

7/8/2025 9:45:19 AM

I'm just sent two docs to you for signature. Please return each today.

7/8/2025 10:26:09 AM (Read 7/8/2025 10:49:26 AM)

Tory Schwope (+19132085386)

Signed and headed back to you.

7/8/2025 10:49:49 AM

I'm need settlement agreement too. Received extension letter.

7/8/2025 11:14:41 AM (Read 7/8/2025 11:36:44 AM)

Tory Schwope (+19132085386)

Both documents are on 1 attachment

7/8/2025 11:36:52 AM

Got it.

7/10/2025 3:36:59 PM

I need you to sign the liquidity letter. Please.

7/10/2025 4:04:15 PM

Sign the dam letter. I w add nt to keep the heat on lisa.

7/10/2025 4:04:35 PM (Read 7/10/2025 4:04:35 PM)

Tory Schwope (+19132085386)

Done

7/10/2025 4:04:43 PM (Read 7/10/2025 4:04:43 PM)

Tory Schwope (+19132085386)

Email on its way

7/10/2025 4:35:40 PM

Wrong letter. I will send again.

7/11/2025 6:56:48 AM

I may be 5 minutes late this morning. Headed to office.

7/11/2025 9:45:22 AM

Please resign letter and return.

7/11/2025 12:06:49 PM

Please sign. Frontier has signed off. Let's move on.

7/15/2025 2:39:20 PM

Who is Todd Pittman.

7/15/2025 2:42:52 PM (Read 7/15/2025 2:43:48 PM)

Tory Schwope (+19132085386)

My last cfo

7/15/2025 2:42:56 PM (Read 7/15/2025 2:43:48 PM)

Tory Schwope (+19132085386)

Why?

7/15/2025 2:44:02 PM

They want to depose him.

7/15/2025 2:44:10 PM

Frontier.

7/15/2025 2:45:34 PM (Read 7/15/2025 2:45:46 PM)

Tory Schwope (+19132085386)

He will not like that. He had a hard time.

7/15/2025 2:46:17 PM

Hard time at what. Anything he know that hurts us.

7/15/2025 2:48:42 PM (Read 7/15/2025 2:48:49 PM)

Tory Schwope (+19132085386)

He got his ass kicked. He's a good guy, just didn't have the bandwidth to do the job.

7/15/2025 2:48:54 PM (Read 7/15/2025 2:48:55 PM)

Tory Schwope (+19132085386)

He's a good guy

7/15/2025 2:49:13 PM

Is he dumping on the company.

7/15/2025 2:49:29 PM

Is it even possible.

7/15/2025 2:50:08 PM (Read 7/15/2025 2:50:08 PM)

Tory Schwope (+19132085386)

No. He is a straight laced guy. He took a lot of pride in cleaning up all our numbers.

7/15/2025 2:51:03 PM (Read 7/15/2025 2:51:03 PM)

Tory Schwope (+19132085386)

He doesn't really like me, but I never asked him to do anything he wasn't comfortable with.

7/15/2025 2:54:05 PM (Read 7/15/2025 2:54:25 PM)

Tory Schwope (+19132085386)

He worked really hard on the new inventory capitalization method.

7/15/2025 2:54:57 PM

Yeah that's where they are headed.

7/15/2025 2:55:33 PM (Read 7/15/2025 2:55:56 PM)

Tory Schwope (+19132085386)

He'll do well with that.

7/15/2025 2:57:21 PM (Read 7/15/2025 2:58:58 PM)

Tory Schwope (+19132085386)

He is an accountant not a cfo. He will bore them to tears with all the details and will argue to the death that he did it correctly.

7/15/2025 3:48:44 PM

Call me asap.

7/15/2025 5:40:22 PM (Read 7/15/2025 5:40:30 PM)

Tory Schwope (+19132085386)

I just landed. Give me a few minutes to get off the plane.

7/15/2025 5:40:39 PM

Figured it out. Relax.

7/15/2025 5:41:06 PM (Read 7/15/2025 5:41:12 PM)

Tory Schwope (+19132085386)

No need to call then?

7/15/2025 5:41:17 PM

Correct.

7/15/2025 5:41:33 PM

Don't need you to call.

7/15/2025 5:44:08 PM (Read 7/15/2025 5:44:17 PM)

Tory Schwope (+19132085386)

What are you thoughts on the court docs that just came from Oregon?

7/15/2025 5:45:31 PM

Just the szz as me ole crap. They couldn't get it from the bankruptcy court so they moved to Oregon. It's a fishing trip.

7/15/2025 5:46:27 PM (Read 7/15/2025 5:46:34 PM)

Tory Schwope (+19132085386)

Will you fight them or will we need to pull everything?

7/15/2025 5:46:48 PM

I assume you want to fight it.

7/15/2025 5:48:22 PM (Read 7/15/2025 5:48:30 PM)

Tory Schwope (+19132085386)

Yes. I'd like to get everything moved to judge Norton

7/15/2025 5:48:42 PM

That isn't going happen.

7/15/2025 5:49:25 PM (Read 7/15/2025 5:50:42 PM)

Tory Schwope (+19132085386)

It should be clear now. They sued the wrong company

7/18/2025 2:26:55 PM (Read 7/18/2025 2:34:31 PM)

Tory Schwope (+19132085386)

Do you have time to touch base today?

7/23/2025 6:26:51 PM (Read 7/23/2025 6:31:27 PM)

Tory Schwope (+19132085386)

I'll call you back.

7/24/2025 10:23:25 AM

David just sent you a signature page. Please sign and return asap.

7/31/2025 9:20:00 AM

Please verify that you are in KC for the 13th and 14th.

7/31/2025 9:21:23 AM (Read 7/31/2025 10:13:42 AM)

Tory Schwope (+19132085386)

I can change my flight

7/31/2025 10:13:47 AM

Thank you.

8/2/2025 2:18:44 PM (Read 8/2/2025 2:18:54 PM)

Tory Schwope (+19132085386)

I wanted to give you a heads up. I passed your cell phone number to Mike Williams. He owns a lot of businesses and land. He is in a pickle. He's a really good guy. I have known him my whole life. He's in Missouri.

8/2/2025 2:19:15 PM

Just texted him. Thank you.

8/3/2025 8:02:12 PM

In town. Safe travel to you and your family. Try to relax and enjoy your vacation.

8/3/2025 8:03:16 PM (Read 8/3/2025 8:03:35 PM)

Tory Schwope (+19132085386)

Thanks pal. We just landed here in Portland. Looking forward to a week off!

8/3/2025 8:04:11 PM

Enjoy. This is going to be a great week for us.

8/4/2025 8:16:39 AM

They have 4 lawyers here plus a financial advisor and Ryan.

8/4/2025 10:13:31 AM (Read 8/4/2025 10:42:28 AM)

Tory Schwope (+19132085386)

Sounds right.

8/4/2025 7:14:19 PM (Read 8/4/2025 7:15:44 PM)

Tory Schwope (+19132085386)

How did we do today?

8/4/2025 7:15:54 PM

Decent.

8/4/2025 7:17:00 PM (Read 8/4/2025 7:43:26 PM)

Tory Schwope (+19132085386)

Are we back at it tomorrow?

8/4/2025 7:43:40 PM

Yes. Sam Williams and then Omar.

8/4/2025 9:26:19 PM

It went well. Why would you send an audit management letter in 6-12 before I saw it. Not smart.

8/4/2025 9:26:37 PM

They know your business really well

8/4/2025 9:27:25 PM (Read 8/4/2025 9:27:26 PM)

Tory Schwope (+19132085386)

I didn't know I did.

8/4/2025 9:29:55 PM

Oh well. It was a good day. We took some hits but our story remains.

8/4/2025 9:31:42 PM (Read 8/4/2025 9:31:47 PM)

Tory Schwope (+19132085386)

Do you see a new angle for them?

8/4/2025 9:33:35 PM (Read 8/4/2025 9:33:35 PM)

Tory Schwope (+19132085386)

Do you understand their strategy better? (Same question stated differently)

8/4/2025 9:35:17 PM

Yeah. They want to point out 20 mistakes as intentionally deception of Frontier. Example balance sheet showing same number for inventory for months for production companies. Borrowing base certificates being material wrong. Goal is to make us look like we are liars.

8/4/2025 9:39:09 PM (Read 8/4/2025 9:40:08 PM)

Tory Schwope (+19132085386)

At least we know now. 👍

8/4/2025 9:40:28 PM

Yeah. A lot of work but we know.

8/6/2025 7:21:27 AM

Call me asap. Something about marijuana in that colonial Garden selling tickets to events.

8/6/2025 7:41:06 AM




Puff & Pick with KC Cannabis - Flower Edition

www.eventbrite.com

https://www.eventbrite.com/e/puff-pick-with-kc-cannabis-flower-edition-tickets-1431850686949?utm_experiment=test_share_listing&aff=ebdsshios&sg=c4f88e0695e790f832b34318c98b7de23c00f79b0e18e-66c48c8e11abf1b56c66203d1415f414d27dda72b0f95-33cfcdb635da9248830f16dd0361c557f627e9812fe37f-73882ec18a695654f0

8/6/2025 7:41:06 AM

Us trustee will be filing a motion to dismiss. Ugh.

8/6/2025 10:42:06 AM (Read 8/6/2025 10:42:29 AM)

Tory Schwope (+19132085386)

We are following the law. If you need more details, Paul can provide them.

8/6/2025 10:42:36 AM (Read 8/6/2025 10:42:37 AM)

Tory Schwope (+19132085386)

Contacts_631250605681016.vcf

8/6/2025 10:43:46 AM

Marijuana is illegal on federal level which is bankruptcy. They will be filing motion to dismiss case.

8/6/2025 11:09:34 AM (Read 8/6/2025 11:10:43 AM)

Tory Schwope (+19132085386)

We are not selling anything.

8/6/2025 11:11:05 AM

We profit from it.

8/10/2025 10:52:55 AM (Read 8/10/2025 1:40:20 PM)

Tory Schwope (+19132085386)

Do you have time to give me an update today?

8/10/2025 1:40:45 PM

Yep. About 5:30 my time.

8/10/2025 1:43:11 PM (Read 8/10/2025 3:03:30 PM)

Tory Schwope (+19132085386)

Excellent. Thank you.

8/11/2025 5:24:13 PM

Can I call you around 6. I need 15 minutes of your time.

8/11/2025 5:24:27 PM (Read 8/11/2025 5:33:11 PM)

Tory Schwope (+19132085386)

Sure

8/12/2025 4:30:27 PM (Read 8/12/2025 4:35:29 PM)

Tory Schwope (+19132085386)

We start at 9am tomorrow?

8/12/2025 4:35:39 PM

8 am.

8/12/2025 4:36:22 PM (Read 8/12/2025 4:36:32 PM)

Tory Schwope (+19132085386)

Aright.

8/12/2025 4:36:50 PM

You in KC

8/12/2025 4:37:20 PM (Read 8/12/2025 4:37:20 PM)

Tory Schwope (+19132085386)

Portland.  I land in KC at 10

8/12/2025 4:37:30 PM

Please text me the minute you get back and Kansas City

8/12/2025 4:37:45 PM (Read 8/12/2025 4:37:46 PM)

Tory Schwope (+19132085386)

Will do

8/12/2025 4:38:06 PM

Any recommendations for a good restaurant downtown Kansas City?

8/12/2025 4:38:38 PM (Read 8/12/2025 4:38:38 PM)

Tory Schwope (+19132085386)

I like Brown and Loe in the City Market

8/12/2025 9:59:19 PM (Read 8/12/2025 9:59:42 PM)

Tory Schwope (+19132085386)

I have landed in KC

8/12/2025 10:00:04 PM

Great news.  Meet at our offices at 7:30 am.

8/12/2025 10:00:26 PM (Read 8/12/2025 10:21:15 PM)

Tory Schwope (+19132085386)

Great!

8/13/2025 7:29:05 AM

Text me when you're in lobby.

8/13/2025 6:05:38 PM

Great job today.

8/13/2025 6:06:06 PM (Read 8/13/2025 6:07:00 PM)

Tory Schwope (+19132085386)

Thanks

8/13/2025 8:08:00 PM

Can you bring one Billie report and invoice tomorrow.  Please

8/13/2025 8:08:40 PM (Read 8/13/2025 8:12:36 PM)

Tory Schwope (+19132085386)

I'll call Sam.

8/13/2025 9:19:12 PM (Read 8/13/2025 9:23:31 PM)

Tory Schwope (+19132085386)

You are going to need to get them from Frontier.  They didn't send us copies.

8/13/2025 9:23:46 PM

I need invoices.

8/13/2025 9:25:10 PM (Read 8/13/2025 9:27:16 PM)

Tory Schwope (+19132085386)

Alright

8/13/2025 9:27:57 PM

I have to have them. They are not required to produce them prior to the hearing and they won't.

8/14/2025 7:43:07 AM

ETA

8/14/2025 7:43:32 AM (Read 8/14/2025 7:43:32 AM)

Tory Schwope (+19132085386)

757

8/14/2025 7:56:16 AM (Read 8/14/2025 7:56:19 AM)

Tory Schwope (+19132085386)

Here

8/14/2025 3:33:20 PM



Gerald Ostapko <gerald.ostapko@creativeplanning.cc
To Tory Schwope
Cc Samantha Schwope

Tory,

There is an auditing standard that requires us to communicate to those charged with governance the significant and fraud risks related to the au
not require any extra work on your part but are for your information. The first two are required risks for any entity (revenue and management overr
of the risks are related to the nature of the entity and the industry, and related transactions that occur within the entity.

Please let me know if you have any questions or if you would like to discuss further.

*As part of our audit plan, risk assessment, and determination of appropriate audit procedures, we identified the following significant risks of material m*

*Significant Risks:*
- *Revenue Recognition: Risk that errors or fraud in revenue recognition is not properly reflected that could result in misstatement of the financial s*
- *Management Override of Internal Control : Risk of management override of internal controls resulting in errors or fraud that may occur throu entries or access to underlying accounting records.*
- *Related Party: Risk of misstatement of related party transactions*

*Significant Estimates:*
- *Estimates for Inventory Costing: estimates used in preparation of the farm to market layer, to determine the year end inventory costs.*

**Gerald Ostapko, CPA**
Creative Planning | Partner / Director
BerganKDV | Assurance Shareholder

gerald.ostapko@creativeplanning.com
Direct: 816-607-5744
www.creativeplanning.com
5454 W 110th Street, Overland Park, KS 66211

CREATIVE PLANNING

*Creative Planning, LLC is an independent wealth management firm, whose affiliates also provide business consulting, tax, financial, and other professional services to clients. Creative Pla and its affiliates lease employees and other resources to BerganKDV, an independent, separately governed and licensed CPA firm, in support of audit and attest services BerganKDV pro to its clients.*

8/15/2025 1:51:28 PM (Read 8/15/2025 1:55:40 PM)

Tory Schwope (+19132085386)

I'm dying for an update

8/15/2025 1:55:48 PM

Still in depo

8/16/2025 11:38:28 AM

Tory the budget which was sent out puts us on a crash course.  What happen to great sales on the fall. I'm beginning to get worried about the 3rd.

8/16/2025 11:39:26 AM (Read 8/16/2025 11:39:31 AM)

Tory Schwope (+19132085386)

I thought we needed to show a need for the dip?

8/16/2025 11:41:21 AM

Really.  I wasn't part of that conversation.  We cannot run of cash.

8/16/2025 11:42:11 AM (Read 8/16/2025 11:42:15 AM)

Tory Schwope (+19132085386)

Would you like to talk?

8/16/2025 11:43:23 AM

Yes.  We need Juanita on call too. Anytime after 3 pm today or anytime tomorrow at 2 pm.

8/16/2025 11:44:00 AM (Read 8/16/2025 11:44:56 AM)

Tory Schwope (+19132085386)

She said that she would be available any time.

8/16/2025 12:06:11 PM (Read 8/16/2025 12:27:57 PM)

Tory Schwope (+19132085386)

2pm tomorrow.

8/16/2025 12:28:03 PM

Cool.

8/18/2025 7:26:55 AM (Read 8/18/2025 7:35:54 AM)

Tory Schwope (+19132085386)

Please don't forget to get the sprucery money.

8/18/2025 6:02:06 PM




8/18/2025 6:02:06 PM

Start depo at 10?

8/18/2025 6:03:17 PM




8/18/2025 6:05:47 PM (Read 8/18/2025 6:06:38 PM)

Tory Schwope (+19132085386)

If you can make that work.

8/18/2025 6:06:18 PM (Read 8/18/2025 6:06:38 PM)

Tory Schwope (+19132085386)

Sw has one thru Chicago too

8/18/2025 6:07:07 PM

Don't have a choice. We stay until you're done.

8/18/2025 6:07:30 PM (Read 8/18/2025 6:07:33 PM)

Tory Schwope (+19132085386)

Fine with me

8/19/2025 9:34:47 AM (Read 8/19/2025 9:47:12 AM)

Tory Schwope (+19132085386)

Are you available to talk about the Oregon lease lawsuit now?

8/19/2025 9:47:24 AM

Yes

8/19/2025 10:46:45 AM

They are not happy about Thursday and you not being there. Sorry buddy but if you don't show they are running up to court. I feel terrible.

8/19/2025 11:05:53 AM (Read 8/19/2025 11:22:09 AM)

Tory Schwope (+19132085386)

What time do I need to be there?

8/19/2025 11:07:07 AM (Read 8/19/2025 11:22:09 AM)

Tory Schwope (+19132085386)

I can be there at 130pm Thursday on my current flight.

8/19/2025 9:15:53 PM

Since you there Thursday do we need Omar?

8/19/2025 9:19:49 PM (Read 8/19/2025 9:19:58 PM)

Tory Schwope (+19132085386)

No

8/21/2025 6:55:18 AM

Please arrive early. We need to talk.

8/21/2025 6:56:36 AM

Or call me on the drive.

8/21/2025 6:57:01 AM

Remember we are at their office.

8/21/2025 7:24:47 AM

ETA

8/21/2025 7:38:15 AM

ETA

8/21/2025 7:38:22 AM

You alive.

8/21/2025 7:44:42 AM (Read 8/21/2025 7:46:50 AM)

Tory Schwope (+19132085386)

I will be there at 130pm

8/21/2025 7:46:59 AM

What

8/21/2025 7:47:09 AM

Call me please.

8/21/2025 7:47:43 AM

Your not in KC

8/21/2025 7:48:16 AM

Oh boy When did you decide this.

8/21/2025 7:50:51 AM (Read 8/21/2025 7:51:08 AM)

Tory Schwope (+19132085386)

I was under the impression that this was the plan. Sam Jess and Omar this morning. Me this afternoon and tomorrow

8/21/2025 7:51:45 AM

No. Check my email of yesterday. They are going to lose their shit.

8/21/2025 7:55:46 AM

Wow. We will see.

8/21/2025 7:56:17 AM

Are you in KC.

8/21/2025 8:04:41 AM (Read 8/21/2025 8:06:51 AM)

Tory Schwope (+19132085386)

I land at 1230

8/21/2025 12:27:30 PM (Read 8/21/2025 12:30:42 PM)

Tory Schwope (+19132085386)

Just landed

8/21/2025 12:30:33 PM (Read 8/21/2025 12:30:42 PM)

Tory Schwope (+19132085386)



Google Maps

maps.app.goo.gl

https://maps.app.goo.gl/R5nLqCgVCAV8VcRv7

8/21/2025 12:30:33 PM (Read 8/21/2025 12:30:42 PM)

Tory Schwope (+19132085386)

Is this where I'm going?

8/21/2025 12:31:27 PM

Google pantera crown center.

8/21/2025 12:37:43 PM (Read 8/21/2025 12:43:33 PM)

Tory Schwope (+19132085386)

Panera?

8/21/2025 12:43:37 PM

Yes.

8/21/2025 12:43:58 PM

Crown plaza

8/21/2025 1:09:08 PM

Where are you.

8/21/2025 1:10:42 PM

Go to paneras.

8/21/2025 1:15:33 PM (Read 8/21/2025 1:15:38 PM)

Tory Schwope (+19132085386)

I'll call you back.

8/21/2025 1:16:04 PM (Read 8/21/2025 1:19:43 PM)

Tory Schwope (+19132085386)

5 minutes

8/21/2025 1:20:04 PM

lol. Holding my breath.

8/21/2025 1:35:48 PM (Read 8/21/2025 1:52:16 PM)

Tory Schwope (+19132085386)

On my way in my vehicle

8/21/2025 1:36:01 PM (Read 8/21/2025 1:52:16 PM)

Tory Schwope (+19132085386)

158 eta

8/21/2025 1:53:06 PM

5th floor.

8/21/2025 2:00:57 PM (Read 8/21/2025 2:05:26 PM)

Tory Schwope (+19132085386)

I'm here. Door is locked

8/23/2025 3:05:21 PM

**Location:**

-
DoubleTree by Hilton Cedar Rapids Convention Complex
350 First Avenue NE
Cedar Rapids, IA 52401

8/23/2025 3:05:21 PM

Bergen's deposition is on Monday in Iowa. Do you want me there in person. Let me know asap. I'm good either way. Your call.

8/23/2025 3:13:20 PM (Read 8/23/2025 3:13:55 PM)

Tory Schwope (+19132085386)

No way

8/23/2025 3:14:09 PM

No way what.

8/23/2025 3:27:01 PM (Read 8/23/2025 3:27:23 PM)

Tory Schwope (+19132085386)

You don't need to go.

8/23/2025 3:27:53 PM




8/23/2025 3:27:53 PM

Your call. I can make it happen. We need them at trial.

8/23/2025 3:36:19 PM (Read 8/23/2025 3:42:27 PM)

Tory Schwope (+19132085386)

I'd rather you call in or zoom

8/23/2025 3:38:26 PM (Read 8/23/2025 3:42:27 PM)

Tory Schwope (+19132085386)

There's no way we get hurt here.

8/23/2025 3:43:37 PM

Sounds like they think transportation should not be capitalized They also say you should do fml every month.

8/23/2025 3:44:24 PM (Read 8/23/2025 3:44:44 PM)

Tory Schwope (+19132085386)

First I have heard that

8/23/2025 3:51:37 PM (Read 8/23/2025 4:09:21 PM)

Tory Schwope (+19132085386)

I would like for Juanita, you, and I to get on a call Monday.

8/23/2025 4:10:44 PM

Sure thing. Then I will attend via zoom. I will have an outline to you tomorrow of your testimony for review and comment. Also have one to you for Ryan. God I hope he shows up.

8/23/2025 4:11:48 PM (Read 8/23/2025 4:11:58 PM)

Tory Schwope (+19132085386)

He'll be there. His job is on the line.

8/23/2025 4:12:20 PM

We have to keep this quiet. Not even tell Juanita.

8/23/2025 4:12:30 PM

No one to know.

8/23/2025 4:12:45 PM (Read 8/23/2025 4:12:45 PM)

Tory Schwope (+19132085386)

Got it

8/24/2025 9:14:01 AM

I need the full amount of your salary from the debtors

8/24/2025 11:06:06 AM (Read 8/24/2025 11:06:11 AM)

Tory Schwope (+19132085386)

What else do you need?

8/24/2025 11:06:19 AM

A lot.

8/24/2025 11:11:22 AM

Sorry on long call.

8/24/2025 11:11:38 AM (Read 8/24/2025 11:13:50 AM)

Tory Schwope (+19132085386)

Np

8/24/2025 11:14:41 AM

I have to have new budget through 10-30 tomorrow.

8/24/2025 11:15:09 AM (Read 8/24/2025 11:15:09 AM)

Tory Schwope (+19132085386)

Alright

8/26/2025 12:50:17 PM

Love you dude. You needed to hear it.

8/26/2025 12:51:19 PM (Read 8/26/2025 12:51:20 PM)

Tory Schwope (+19132085386)

I understand

8/26/2025 2:04:20 PM (Read 8/26/2025 2:06:41 PM)

Tory Schwope (+19132085386)

Can we pay Lewis Rice in November?

8/26/2025 2:06:58 PM

What's that mean.

8/26/2025 2:07:49 PM (Read 8/26/2025 2:07:49 PM)

Tory Schwope (+19132085386)

In the budget we have paying Lewis Rice in October. Can we move that to November?

8/26/2025 2:07:53 PM

Given the risk of a trustee I would say no. We will be out there for September fees as is.

8/26/2025 2:08:29 PM

I need a September payment as well.

8/26/2025 2:08:38 PM (Read 8/26/2025 2:08:57 PM)

Tory Schwope (+19132085386)

Alright

8/27/2025 11:49:28 AM (Read 8/27/2025 11:50:25 AM)

Tory Schwope (+19132085386)

Please call when you are available. I spoke with a committee member

8/27/2025 1:53:35 PM

The oregan property being sold is the No No Farm?  Is that correct.

8/27/2025 1:55:49 PM (Read 8/27/2025 1:57:44 PM)

Tory Schwope (+19132085386)

Yes

8/27/2025 2:18:22 PM (Read 8/27/2025 2:25:33 PM)

Tory Schwope (+19132085386)

Fyi. I've called several committee members.  I suspect some of them are going to call Zach.

8/27/2025 2:26:41 PM

That's fine.  You are able to do so.  Just be careful what you say. Lesser is better.  Be a listener.

8/27/2025 2:33:05 PM (Read 8/27/2025 2:38:14 PM)

Tory Schwope (+19132085386)

Got it

8/27/2025 2:38:27 PM

Did not get taped.

8/27/2025 2:38:45 PM (Read 8/27/2025 2:38:49 PM)

Tory Schwope (+19132085386)

Not following

8/27/2025 2:39:07 PM

Be weary of someone taping you.

8/27/2025 2:39:19 PM (Read 8/27/2025 2:39:26 PM)

Tory Schwope (+19132085386)

Got it

8/27/2025 3:50:36 PM

🙏

8/29/2025 5:12:22 PM (Read 8/29/2025 5:20:35 PM)

Tory Schwope (+19132085386)

I'm driving through st Louis in 30 minutes and Monday eve if you wanted to discuss this over a drink or dinner

8/29/2025 5:21:38 PM

Let's meet on Monday. Let me know timing. I will be in office most of the day so wide open.

8/29/2025 5:36:38 PM (Read 8/29/2025 5:36:58 PM)

Tory Schwope (+19132085386)

Sounds good

8/29/2025 5:43:41 PM (Read 8/29/2025 5:45:20 PM)

Tory Schwope (+19132085386)

https://www.gardencentermag.com/news/everde-growers-emerges-chapter-11-bankruptcy-why-file-treetown-usa-texas/

8/29/2025 5:44:05 PM (Read 8/29/2025 5:45:20 PM)

Tory Schwope (+19132085386)

I wasn't sure if I ever sent this to you

8/29/2025 5:48:26 PM

Love success. We need a plan and partner.

8/29/2025 5:49:08 PM (Read 8/29/2025 5:49:51 PM)

Tory Schwope (+19132085386)

We'll get there. Paint a picture for me.

8/29/2025 5:51:11 PM

I can't get by the dip fight. I hate winning battles but losing the war. I'm struggling today. Thinking we need to cut deal but no clue what that looks like.

8/29/2025 5:52:13 PM (Read 8/29/2025 5:52:21 PM)

Tory Schwope (+19132085386)

I'll keep an open mind.

8/29/2025 5:52:37 PM

Just don't know what it looks like.

8/29/2025 5:53:24 PM

If we hit cash crisis tge game is over. Without a DIP we are going to hit it.

8/29/2025 5:53:50 PM (Read 8/29/2025 5:53:54 PM)

Tory Schwope (+19132085386)

We just need to talk through it. We'll get there.

8/29/2025 5:54:18 PM

We need a money partner. NOW.

8/29/2025 5:54:19 PM (Read 8/29/2025 5:54:19 PM)

Tory Schwope (+19132085386)

Your response is critical.

8/29/2025 5:54:57 PM (Read 8/29/2025 5:54:57 PM)

Tory Schwope (+19132085386)

I need space and time.

8/29/2025 5:55:22 PM

Our response will be awesome. Not a worry.

8/29/2025 5:55:52 PM (Read 8/29/2025 5:55:52 PM)

Tory Schwope (+19132085386)

That leverage is critical.

8/29/2025 5:56:05 PM (Read 8/29/2025 5:56:05 PM)

Tory Schwope (+19132085386)

Zach will flip

8/29/2025 5:57:40 PM

Do not see that happening.

8/29/2025 5:58:38 PM (Read 8/29/2025 5:58:53 PM)

Tory Schwope (+19132085386)

He's going to panic when he reads the response.

8/29/2025 5:59:09 PM (Read 8/29/2025 6:00:24 PM)

Tory Schwope (+19132085386)

He doesn't want to look stupid in front of the Court.

8/29/2025 6:01:00 PM

It will be too late for him to flip. He isn't going to flip.

8/29/2025 6:02:26 PM (Read 8/29/2025 6:05:08 PM)

Tory Schwope (+19132085386)

It's going to be hard on him. He's very proud

8/29/2025 6:10:55 PM

Are you driving your Volvo. 😂

8/29/2025 6:11:13 PM

What is your personal everyday car.

8/29/2025 6:17:31 PM (Read 8/29/2025 6:17:59 PM)

Tory Schwope (+19132085386)

I drive the Volvo on trips and my Colorado around the farm.

8/29/2025 6:17:45 PM (Read 8/29/2025 6:17:59 PM)

Tory Schwope (+19132085386)

Safety first pal

8/29/2025 6:19:32 PM

What did you drive to court last time.

8/29/2025 6:20:57 PM (Read 8/29/2025 6:45:10 PM)

Tory Schwope (+19132085386)

Volvo. Anything over 20 miles

8/29/2025 6:45:18 PM

lol.

8/30/2025 5:32:44 PM (Read 8/30/2025 5:32:49 PM)

Tory Schwope (+19132085386)

Can I ask the committee members to come tour my crops?

8/30/2025 5:33:09 PM

As a group.

8/30/2025 5:33:17 PM (Read 8/30/2025 5:33:17 PM)

Tory Schwope (+19132085386)

There are ones on Oregon and Indiana 15 minutes away from my farms

8/30/2025 5:33:35 PM (Read 8/30/2025 5:33:35 PM)

Tory Schwope (+19132085386)

Individually

8/30/2025 5:33:57 PM (Read 8/30/2025 5:33:57 PM)

Tory Schwope (+19132085386)

There's one 3 hours from KC

8/30/2025 5:35:05 PM

They can voluntarily do whatever they want. It is not illegal for them to talk to you and visit your farms. Is there a huge downside. Yes but what the hell. It's your call.

8/30/2025 5:35:59 PM (Read 8/30/2025 5:35:59 PM)

Tory Schwope (+19132085386)

You can explain the down side Monday.

8/30/2025 5:35:59 PM

We can call unsecured creditors to testify that they are believers in your management.

8/30/2025 5:36:36 PM

Downside is that counsel uses the visit against us at trial.

8/30/2025 5:37:59 PM (Read 8/30/2025 5:38:07 PM)

Tory Schwope (+19132085386)

Not possible. The crops are dynamite! 🕺

8/30/2025 5:38:37 PM

No that we tried to influence committee members.

8/30/2025 5:38:59 PM

They have to be your true friends.

8/30/2025 5:39:00 PM (Read 8/30/2025 5:39:00 PM)

Tory Schwope (+19132085386)

I thought that was legal

8/30/2025 5:39:34 PM (Read 8/30/2025 5:39:34 PM)

Tory Schwope (+19132085386)

Non are true friends

8/30/2025 5:40:31 PM

It is legal. If the committee still votes to move forward with trustee they will argue that despite your efforts the committee still wants a trustee. Looks bad and doesn't play well.

8/30/2025 5:40:34 PM (Read 8/30/2025 5:40:34 PM)

Tory Schwope (+19132085386)

All but 1 are fair and smart. They were mislead by Eric. They will feel terrible.

8/30/2025 5:41:17 PM (Read 8/30/2025 5:41:17 PM)

Tory Schwope (+19132085386)

Got it. Risky then.

8/30/2025 5:41:22 PM

Your call. It could work great. It's a close call.

8/30/2025 5:42:08 PM

Take pictures and a great video.

8/30/2025 5:42:53 PM (Read 8/30/2025 5:42:53 PM)

Tory Schwope (+19132085386)

That's not enough to get the committee on our side. That's what we need.

8/30/2025 5:43:15 PM

I agree. They have been lied to.

8/30/2025 5:43:51 PM (Read 8/30/2025 5:43:51 PM)

Tory Schwope (+19132085386)

I want them to flip and fire Eric. 😁

8/30/2025 6:10:38 PM

Frontier is demanding $135,000 payment during the next two weeks.

8/30/2025 6:11:18 PM (Read 8/30/2025 6:11:20 PM)

Tory Schwope (+19132085386)

What will the judge think about that?

8/30/2025 6:11:43 PM

Who knows. That's $10,000 a day.

8/30/2025 6:13:47 PM (Read 8/30/2025 6:13:47 PM)

Tory Schwope (+19132085386)

You're going to have to decide how to play this. We can pay if you think that's best.

8/30/2025 6:13:51 PM

I'm betting it is regular interest accrual.

8/31/2025 10:50:16 AM

Did Bill Rosenau ever visit the x farm or Schafer farm.

8/31/2025 10:58:42 AM

Can you send me an email with a paragraph describing in detail the Beth Ann farm. The Schaffer farm. And the X farm. Would like to have these today. I also need copies of Schaffer and Beth's leases. I have x farm.

8/31/2025 11:09:52 AM (Read 8/31/2025 11:12:33 AM)

Tory Schwope (+19132085386)

Bill never visited x farm or the Shrout farm owned by Shafer farm. His last visit there wasn't any inventory there.

8/31/2025 11:13:19 AM

Bummer. Same with Beth Ann's property. I need a good description of each to plug into brief.

8/31/2025 11:14:33 AM (Read 8/31/2025 11:14:33 AM)

Tory Schwope (+19132085386)

I'm sure he has been to one or 2 of her farms.

8/31/2025 11:15:23 AM (Read 8/31/2025 11:15:23 AM)

Tory Schwope (+19132085386)

I can do that.

9/1/2025 12:46:29 PM (Read 9/1/2025 12:50:11 PM)

Tory Schwope (+19132085386)

I will be there a little after 3pm

9/1/2025 12:51:03 PM

Headed to cards game. How you feeling. I've almost completed the response. Hope to have to you first thing Wednesday.

9/1/2025 12:53:39 PM (Read 9/1/2025 12:55:09 PM)

Tory Schwope (+19132085386)

I feel good. Not sure about this cash collateral situation that's coming tomorrow.

9/1/2025 12:55:19 PM

Wednesday

9/1/2025 1:43:40 PM (Read 9/1/2025 1:43:47 PM)

Tory Schwope (+19132085386)

Are you planning to meet with me later or should I plan to drive trough to KC?

9/1/2025 1:44:16 PM

I'm at the cards game. We will talk in morning.

9/1/2025 1:44:24 PM

Safe driving.

9/1/2025 1:44:37 PM (Read 9/1/2025 1:45:06 PM)

Tory Schwope (+19132085386)

Thx

9/2/2025 11:12:32 AM (Read 9/2/2025 11:12:42 AM)

Tory Schwope (+19132085386)

What time would you like to talk to me?

9/2/2025 11:13:00 AM

I need to turn this brief and will call then.

9/2/2025 11:13:54 AM (Read 9/2/2025 11:13:54 AM)

Tory Schwope (+19132085386)

I should be free other than from 1pm-2pm.

9/2/2025 3:48:44 PM

Do you hate me. I truly believe this is best for the company.

9/2/2025 3:50:56 PM (Read 9/2/2025 3:51:03 PM)

Tory Schwope (+19132085386)

I'm good.

9/2/2025 3:51:39 PM (Read 9/2/2025 3:51:43 PM)

Tory Schwope (+19132085386)

We are filing a response to the motion though. That is non negotiable.

9/2/2025 6:50:14 PM (Read 9/2/2025 7:06:31 PM)

Tory Schwope (+19132085386)

When do we expect to here back from them?

9/2/2025 7:06:49 PM

Late tomorrow. You did the right thing.

9/2/2025 7:07:27 PM (Read 9/2/2025 7:07:31 PM)

Tory Schwope (+19132085386)

Cash collateral is done then?

9/2/2025 7:07:38 PM

For one week.

9/2/2025 7:07:56 PM

Order hasn't been signed but should be shortly.

9/7/2025 6:32:55 PM

I need lease descriptions like you did for the insider leases regarding the Washington County Oregon leases deal cussed at page 38 and 39 of trustee motion. I need tonight if possible or first thing in am. Acrage. Collateral there on. How long to get off. Settlement discussions. Thanks.

9/7/2025 8:25:19 PM (Read 9/7/2025 8:25:41 PM)

Tory Schwope (+19132085386)

I will need to get that information in the morning. The settlement correspondence will need to come from Chris at JordanRamis.

9/7/2025 8:25:54 PM

Call him.

9/7/2025 8:29:26 PM (Read 9/7/2025 8:33:22 PM)

Tory Schwope (+19132085386)

I don't have his cell number. He will respond better to you. He blows me off.

9/7/2025 8:30:49 PM (Read 9/7/2025 8:33:22 PM)

Tory Schwope (+19132085386)

steve.shropshire@jordanramis.com

9/7/2025 8:31:24 PM (Read 9/7/2025 8:33:22 PM)

Tory Schwope (+19132085386)

chris.dolan@jordanramis.com

9/8/2025 4:41:39 PM (Read 9/8/2025 6:20:42 PM)

Tory Schwope (+19132085386)

Do you want me to walk you through the table Sam sent?

9/8/2025 6:21:04 PM

Nope. Understand. It's not accurate but I made the changes.

9/8/2025 7:19:40 PM (Read 9/8/2025 7:24:15 PM)

Tory Schwope (+19132085386)

We will get pictures tomorrow of the crop on Cecil and Peters. The crops are beautiful!

9/8/2025 7:20:03 PM (Read 9/8/2025 7:24:15 PM)

Tory Schwope (+19132085386)

One of the committee members will be touring there tomorrow too.

9/9/2025 1:30:43 PM (Read 9/9/2025 1:32:01 PM)

Tory Schwope (+19132085386)

Any news today?

9/9/2025 1:32:12 PM

Trump is still president.

9/9/2025 1:43:31 PM

Driving up now Should be there by 5. We have conference room at hotel if you and Samantha want to come down. Juanita arrives at 4 pm.

9/9/2025 1:44:24 PM (Read 9/9/2025 1:44:27 PM)

Tory Schwope (+19132085386)

Hotel?

9/9/2025 1:45:02 PM

AC Marriott downtown.

9/9/2025 1:47:23 PM (Read 9/9/2025 1:55:02 PM)

Tory Schwope (+19132085386)

12th st?

9/9/2025 1:55:18 PM

Sounds right.

9/9/2025 1:56:11 PM

No it's on grand.

9/9/2025 2:04:34 PM (Read 9/9/2025 2:04:42 PM)

Tory Schwope (+19132085386)

You mean the Ambassador?  $800+ per night?

9/9/2025 2:04:51 PM

No.  AC.

9/9/2025 2:04:58 PM (Read 9/9/2025 2:06:23 PM)

Tory Schwope (+19132085386)

Are you royalty?

9/9/2025 2:06:24 PM




9/9/2025 2:07:54 PM (Read 9/9/2025 2:08:06 PM)

Tory Schwope (+19132085386)

Got it.  Thx.

9/9/2025 2:08:01 PM (Read 9/9/2025 2:08:06 PM)

Tory Schwope (+19132085386)

I'll be there at 5

9/9/2025 2:08:27 PM

Shoot for 6.  Let us get settled.

9/9/2025 2:09:06 PM (Read 9/9/2025 2:09:11 PM)

Tory Schwope (+19132085386)

👌

9/9/2025 5:23:05 PM

We are on second floor in the Sinclair.

9/9/2025 5:27:29 PM (Read 9/9/2025 5:32:42 PM)

Tory Schwope (+19132085386)

Sounds good

9/9/2025 5:27:42 PM (Read 9/9/2025 5:32:42 PM)

Tory Schwope (+19132085386)

I will be there at 6

9/10/2025 9:03:02 AM

ETA.

9/11/2025 8:40:56 AM

I need you in court at 11:45.

9/11/2025 8:41:24 AM (Read 9/11/2025 8:46:38 AM)

Tory Schwope (+19132085386)

Cool

9/12/2025 8:52:05 PM (Read 9/12/2025 8:54:27 PM)

Tory Schwope (+19132085386)

I had a really good day today.  I think it's going to work out, pal.  Thank you

9/12/2025 8:54:59 PM

No thank you. I am so disappointed in myself. I don't lose.

9/12/2025 8:56:13 PM (Read 9/12/2025 8:56:20 PM)

Tory Schwope (+19132085386)

We're going to win in the end! Enjoy your birthday, pal. You bought me enough time. It's time to get out.

9/12/2025 9:15:09 PM

Dude I really liked our case. I'm so sorry.

9/12/2025 9:41:16 PM (Read 9/12/2025 9:41:41 PM)

Tory Schwope (+19132085386)

It's not over. Keep your head in the game. Lots of work to put together this stalking horse. You knew all along this is where we'd wind up. Let's win now.

9/12/2025 9:41:58 PM

Thanks buddy.

9/17/2025 10:40:29 AM

Quit using your DCA email. They are watching it. Let's talk later but you need a personal attorney.

9/17/2025 10:45:48 AM (Read 9/17/2025 11:07:14 AM)

Tory Schwope (+19132085386)

I'm on it

9/17/2025 11:07:02 AM (Read 9/17/2025 11:07:14 AM)

Tory Schwope (+19132085386)

Toryschwope@gmail.com

9/17/2025 9:59:36 PM (Read 9/17/2025 10:00:25 PM)

Tory Schwope (+19132085386)

Can we talk in the morning?

9/18/2025 3:50:36 PM (Read 9/18/2025 3:50:46 PM)

Tory Schwope (+19132085386)

I have talked to a couple of attorneys. They tell me it's a waist of money. Do you agree?

9/18/2025 3:51:11 PM

Tough case but judge made it clear.

9/19/2025 10:31:02 AM (Read 9/19/2025 10:31:27 AM)

Tory Schwope (+19132085386)

I've decided to let go and move on. Thank you for all of your help and support.

9/19/2025 10:31:54 AM

Really. So you won't be a buyer.

9/19/2025 11:00:15 AM (Read 9/19/2025 11:04:48 AM)

Tory Schwope (+19132085386)

No. They are already trashing the place. Once I get a settlement done I'll start looking for my next opportunity.

9/19/2025 11:01:14 AM (Read 9/19/2025 11:04:48 AM)

Tory Schwope (+19132085386)

I'll listen to any ideas, but I need to move on with my life.

9/19/2025 11:05:13 AM

Good for you.

9/20/2025 8:29:40 AM

You see we filed the lease rejection motion yesterday. I know he rejected the X Farm. Not sure on others.

9/20/2025 8:33:35 AM (Read 9/20/2025 8:33:41 AM)

Tory Schwope (+19132085386)

Can you talk now?

9/20/2025 8:33:51 AM

In a seminar.

9/20/2025 8:34:16 AM (Read 9/20/2025 8:36:04 AM)

Tory Schwope (+19132085386)

Sounds good. Enjoy my friend.

9/20/2025 8:36:14 AM

I'll call at break?

9/20/2025 8:36:29 AM (Read 9/20/2025 8:36:29 AM)

Tory Schwope (+19132085386)

Any time pal

9/20/2025 8:36:32 AM

9:35

9/20/2025 8:40:37 AM (Read 9/20/2025 8:40:58 AM)

Tory Schwope (+19132085386)

👍

9/22/2025 5:01:25 PM (Read 9/22/2025 5:04:06 PM)

Tory Schwope (+19132085386)

Please give me a call at your convenience

9/23/2025 8:18:18 AM

This morning around 9:30.

9/23/2025 9:35:42 AM (Read 9/23/2025 9:45:19 AM)

Tory Schwope (+19132085386)

👍

9/25/2025 9:27:55 AM

Beth is asking me to send her the x farm lease. Do you want me to send to her?

9/26/2025 9:59:08 AM (Read 9/26/2025 10:03:19 AM)

Tory Schwope (+19132085386)

Can we have a conversation today? I just have a couple of questions.

9/26/2025 10:03:29 AM

Sure I will call in a few.

10/6/2025 8:38:47 AM (Read 10/6/2025 8:43:45 AM)

Tory Schwope (+19132085386)

Please give me a call

10/9/2025 3:43:38 PM (Read 10/9/2025 4:07:45 PM)

Tory Schwope (+19132085386)

Do you have a personal email I can forward some emails to?

10/9/2025 4:09:01 PM

Sure. Parres9321@gmail.com.

10/9/2025 4:09:17 PM

Is Jessica still at DCA

10/9/2025 4:09:49 PM (Read 10/9/2025 4:10:16 PM)

Tory Schwope (+19132085386)

Yes

10/9/2025 4:10:29 PM

Really. Interesting.

10/9/2025 4:18:35 PM (Read 10/9/2025 4:20:09 PM)

Tory Schwope (+19132085386)

Why?

10/9/2025 4:19:22 PM (Read 10/9/2025 4:20:09 PM)

Tory Schwope (+19132085386)

I think Sam told me she is looking for a job, but still there for now.

10/9/2025 4:20:35 PM

Got it. Makes sense. How is Samantha. I'm going to call her.

10/9/2025 4:22:13 PM (Read 10/9/2025 4:24:02 PM)

Tory Schwope (+19132085386)

She seems fine. She's had a cold this week.

10/9/2025 4:29:28 PM

They are going to be disappointed when they find nothing. Hang in there.

10/9/2025 4:30:53 PM (Read 10/9/2025 4:31:16 PM)

Tory Schwope (+19132085386)

Thanks.

10/9/2025 4:31:24 PM (Read 10/9/2025 4:31:24 PM)

Tory Schwope (+19132085386)

Victor or Bruce have not reached out to you yet?

10/9/2025 4:31:58 PM

Have you told your Bergan guy to resign. Is he finishing the 2024 audit.

10/9/2025 4:32:08 PM

Nope

10/9/2025 4:33:35 PM (Read 10/9/2025 4:37:11 PM)

Tory Schwope (+19132085386)

I have not spoken to him since I was fired.

10/9/2025 4:57:16 PM

He is crazy to complete the work.

10/9/2025 4:59:02 PM (Read 10/9/2025 4:59:02 PM)

Tory Schwope (+19132085386)

He was paid to do it. The audit would help me...right?

10/9/2025 4:59:40 PM

Or not. Depends what b his findings. But good point.

10/9/2025 5:01:16 PM (Read 10/9/2025 5:01:47 PM)

Tory Schwope (+19132085386)

Todd was there all of 24 and he's back now. There shouldn't be any excuses.

10/9/2025 5:01:58 PM

Love it.

10/9/2025 5:45:19 PM (Read 10/9/2025 5:47:54 PM)

Tory Schwope (+19132085386)

Did you ever find out the deal the committee got?

10/9/2025 5:46:52 PM (Read 10/9/2025 5:47:54 PM)

Tory Schwope (+19132085386)

I heard the new budget has $40k per week for the professionals for the unsecured.

10/9/2025 5:48:01 PM

Yep.

10/9/2025 5:48:53 PM

Yes. Million dollars and 20 percent of everything over 66 million

10/9/2025 5:49:08 PM

I'll send to you tomorrow.

10/9/2025 5:50:32 PM (Read 10/9/2025 5:50:36 PM)

Tory Schwope (+19132085386)

What about claw backs?

10/9/2025 5:50:41 PM

?

10/9/2025 5:51:12 PM

They get all causes of actions.

10/9/2025 5:51:29 PM (Read 10/9/2025 5:51:29 PM)

Tory Schwope (+19132085386)

Adverse cases?

10/9/2025 5:51:36 PM

Yep.

10/13/2025 2:52:03 PM (Read 10/13/2025 2:52:10 PM)

Tory Schwope (+19132085386)

Please give me a call when you have some time to talk.

10/13/2025 2:52:51 PM

Just did.

10/13/2025 2:53:23 PM (Read 10/13/2025 2:53:23 PM)

Tory Schwope (+19132085386)

You free now?

10/15/2025 12:08:50 PM (Read 10/15/2025 12:49:27 PM)

Tory Schwope (+19132085386)

Victor just fired me as a client. I need some help here.

10/15/2025 12:49:35 PM

What.

10/15/2025 12:50:34 PM (Read 10/15/2025 1:36:59 PM)

Tory Schwope (+19132085386)




10/15/2025 12:50:59 PM (Read 10/15/2025 1:36:59 PM)

Tory Schwope (+19132085386)



10/15/2025 12:51:49 PM (Read 10/15/2025 1:36:59 PM)

Tory Schwope (+19132085386)



12:51

Tory Schwope 12:05 PM
to Victor, Bruce

Victor,

Other material facts.
1. Valley Hill Tree Farm LLC has paid a management fee to DCA all year for accounting, HR, Sales, Management, and Marketing Services. Brent canceled that agreement without notice and won't release Valley Hill's information.
2. Valley Hill has also paid rent monthly the entire year. That was a change that was agreed to by the previous CRO.
3. The trees can be sold in the ground. There are many buyers in the area that will purchase trees and harvest them. Those same companies will contract harvest for others.

I just want you to have all the facts. I am not a difficult client. I am an honest guy and I will listen, but I want to understand. I would like you to reconsider letting me go as a client. I would encourage you to visit with Mr Parres at Lewis Rice. I believe he will provide a valuable context for you.

Respectfully,

Tory

Show quoted text

Reply all Forward

10/15/2025 12:52:29 PM (Read 10/15/2025 1:36:59 PM)

Tory Schwope (+19132085386)

This is bazaar.

10/15/2025 12:53:21 PM (Read 10/15/2025 1:36:59 PM)

Tory Schwope (+19132085386)



12:51

Show quoted text

Victor Weber 11:52 AM
to me, Bruce

Tory,

I don't think we're a good fit for you as counsel. You should find alternative representation.

Show quoted text

Tory Schwope 12:05 PM
to Victor, Bruce

Victor,

Other material facts.
1. Valley Hill Tree Farm LLC has paid a management fee to DCA all year for accounting, HR, Sales, Management, and Marketing Services. Brent canceled that agreement without notice and won't release Valley Hill's information.
2. Valley Hill has also paid rent monthly the entire year. That was a change that was agreed to by the previous

Reply all Forward

10/15/2025 12:54:31 PM (Read 10/15/2025 1:36:59 PM)

Tory Schwope (+19132085386)

I haven't heard anything back from the last email I sent.

10/15/2025 1:37:35 PM

Will review later.  Hang in There.

10/15/2025 1:38:03 PM (Read 10/15/2025 1:38:09 PM)

Tory Schwope (+19132085386)

Thank you.

10/15/2025 5:50:48 PM (Read 10/15/2025 9:19:51 PM)

Tory Schwope (+19132085386)

The latest.

10/15/2025 5:50:50 PM (Read 10/15/2025 9:19:51 PM)

Tory Schwope (+19132085386)




10/16/2025 9:43:05 AM (Read 10/16/2025 10:02:19 AM)

Tory Schwope (+19132085386)

Thoughts?

10/16/2025 10:02:33 AM

Will review shortly.

10/16/2025 10:35:06 AM

That's unfortunate.   Valley Hills has problems and you need counsel to navigate around them.  Please seek new counsel.   He has points that you have to address.

10/16/2025 10:36:39 AM (Read 10/16/2025 10:36:46 AM)

Tory Schwope (+19132085386)

Why would he quit?

10/16/2025 10:37:13 AM

He sees a huge fight coming.

10/16/2025 10:37:57 AM (Read 10/16/2025 10:50:08 AM)

Tory Schwope (+19132085386)

Should I reach out to my insurance company? Does the D&O insurance help me?

10/16/2025 10:52:12 AM

No. There has not been a claim yet. The policy probable only covers DCA unless there is an indemnity provision in the organizational documents covering officers and directors. You need counsel to get through the Valley Hill mess.

10/17/2025 10:31:09 AM (Read 10/17/2025 10:44:59 AM)

Tory Schwope (+19132085386)

John Cruciani won't represent me either. Do you know anyone in Columbia MO?

10/17/2025 10:45:13 AM

Why is John out.

10/17/2025 10:52:10 AM (Read 10/17/2025 11:06:06 AM)

Tory Schwope (+19132085386)

He says he has too much work now.

10/21/2025 11:36:56 AM (Read 10/21/2025 11:37:04 AM)

Tory Schwope (+19132085386)

Any thoughts on a referral in Columbia or Jeff City?

10/21/2025 11:37:30 AM

Don't know anyone there.

10/28/2025 9:40:32 PM

You ok. Quiet scares me.

10/28/2025 9:41:37 PM (Read 10/28/2025 9:42:29 PM)

Tory Schwope (+19132085386)

Yep.  Just trying not to bother you.  I have a meeting with a potential lawyer on Saturday.

10/28/2025 9:42:49 PM

I'm here I really am.

10/28/2025 9:43:15 PM

Wish I could represent you.

10/28/2025 9:43:26 PM (Read 10/28/2025 9:43:36 PM)

Tory Schwope (+19132085386)

I appreciate that pal.

10/28/2025 9:43:30 PM (Read 10/28/2025 9:43:36 PM)

Tory Schwope (+19132085386)

Me too.

10/28/2025 9:44:54 PM

You putting a group together to buy anything.

10/28/2025 9:46:15 PM (Read 10/28/2025 9:46:20 PM)

Tory Schwope (+19132085386)

Not yet, but I was talking with Mike Scott about how to do that. Everything is getting blown up.  It's going to make it difficult.

10/28/2025 9:46:37 PM (Read 10/28/2025 9:46:37 PM)

Tory Schwope (+19132085386)

They let a lot of leadership go last week.

10/28/2025 9:47:12 PM

I have no clue.  I'm totally in the dark. Just got replaced in the Edmundson case.

10/28/2025 9:47:38 PM

Cost savings?

10/28/2025 9:48:14 PM (Read 10/28/2025 9:48:20 PM)

Tory Schwope (+19132085386)

My attorney quit on me in that case too.

10/28/2025 9:48:38 PM

In Oregon?

10/28/2025 9:49:40 PM (Read 10/28/2025 9:49:47 PM)

Tory Schwope (+19132085386)

No. Kc. Dysard Taylor. Mike had been my attorney for 10+ years.

10/28/2025 9:50:02 PM

Really. Why

10/28/2025 9:50:23 PM

God I wish we met 5 years ago.

10/28/2025 9:50:27 PM (Read 10/28/2025 9:50:27 PM)

Tory Schwope (+19132085386)

Conflict is what he said, but it's Brent.

10/28/2025 9:50:59 PM

Conflict. He was Already in

10/28/2025 9:51:28 PM (Read 10/28/2025 9:51:28 PM)

Tory Schwope (+19132085386)

Did you read the case where he sued Janice Stanton? I guess it's unprecedented

10/28/2025 9:51:34 PM

Sorry he was replaced just like me.

10/28/2025 9:52:21 PM

He was told like me yo get out.

10/28/2025 9:53:02 PM (Read 10/28/2025 9:53:06 PM)

Tory Schwope (+19132085386)

No. I don't think so. I just don't think he wants the risk.

10/28/2025 9:53:29 PM

He was. He didn't represent you.

10/28/2025 9:53:52 PM

What's valley hill doing.

10/28/2025 9:54:48 PM (Read 10/28/2025 9:54:55 PM)

Tory Schwope (+19132085386)

I let all the people go last week. I was down there. The place looked great. It was tough.

10/28/2025 9:55:12 PM

What's the plan.

10/28/2025 9:55:12 PM (Read 10/28/2025 9:55:12 PM)

Tory Schwope (+19132085386)

Brent demanded today that I surrender it to dca

10/28/2025 9:55:27 PM

Fuck that.

10/28/2025 9:55:37 PM

No way. Make him sue.

10/28/2025 9:56:02 PM (Read 10/28/2025 9:56:07 PM)

Tory Schwope (+19132085386)

I plan on it, but I need an attorney!

10/28/2025 9:56:48 PM (Read 10/28/2025 9:56:48 PM)

Tory Schwope (+19132085386)

Do you know Tom Riske?

10/28/2025 9:56:54 PM

File an 11 if a judgement ever comes. Tell him you will upon a release from all farm credit debt.

10/28/2025 9:57:07 PM

Yes. Very well.

10/28/2025 9:57:57 PM (Read 10/28/2025 9:58:02 PM)

Tory Schwope (+19132085386)

I had an attorney in Columbia tell me he was really good. A fighter.

10/28/2025 9:58:13 PM

Ok

10/28/2025 10:00:18 PM (Read 10/28/2025 10:00:24 PM)

Tory Schwope (+19132085386)

So no.

10/28/2025 10:00:36 PM

I like tom.

10/28/2025 10:00:48 PM

Fighter?

10/28/2025 10:00:49 PM (Read 10/28/2025 10:00:49 PM)

Tory Schwope (+19132085386)

Brad McCormick is who I meet with Saturday

10/28/2025 10:01:01 PM

Don't know him.

10/28/2025 10:01:42 PM (Read 10/28/2025 10:07:15 PM)

Tory Schwope (+19132085386)

Juanita is ghosting me. Is that normal?

10/28/2025 10:07:35 PM

Yeah she wants to get paid.

10/28/2025 10:09:13 PM (Read 10/28/2025 10:09:46 PM)

Tory Schwope (+19132085386)

You'll have to explain how that works to me some day.

10/28/2025 10:10:13 PM

If we piss Brent off we don't get paid.

10/28/2025 10:10:53 PM

I'm a $680,000 out. I can't afford that. Nor can she

10/28/2025 10:11:46 PM (Read 10/28/2025 10:12:34 PM)

Tory Schwope (+19132085386)

I wanted to ask her about work in distressed ag.

10/28/2025 10:12:24 PM (Read 10/28/2025 10:12:34 PM)

Tory Schwope (+19132085386)

You still have the 200k retainer?

10/28/2025 10:12:46 PM

$106

10/28/2025 10:13:15 PM (Read 10/28/2025 10:13:20 PM)

Tory Schwope (+19132085386)

Where did 94k go?

10/28/2025 10:13:31 PM

Pre petition fees

10/28/2025 10:13:49 PM

We always zero out day of filing.

10/28/2025 10:15:02 PM (Read 10/28/2025 10:15:23 PM)

Tory Schwope (+19132085386)

I think you're going to have to sue him for the money. Dude is psycho

10/28/2025 10:15:49 PM

Hoping court protects us.

10/28/2025 10:21:02 PM (Read 10/28/2025 10:21:07 PM)

Tory Schwope (+19132085386)

How often do you have to eat a chunk of you bill?

10/28/2025 10:21:52 PM

In my career I have never not been paid in invoice in 37 years.

10/28/2025 10:23:59 PM (Read 10/28/2025 10:24:12 PM)

Tory Schwope (+19132085386)

Why was my case so fucked up? Seems like everything was off.

10/28/2025 10:24:31 PM

Frontier hated you

10/28/2025 10:27:08 PM (Read 10/28/2025 10:28:15 PM)

Tory Schwope (+19132085386)

They loved me for 25 years.

10/28/2025 10:28:30 PM

Yep. It all changed

11/3/2025 8:33:35 AM (Read 11/3/2025 8:42:10 AM)

Tory Schwope (+19132085386)

Please give me a call at your convenience. I have some questions.

11/5/2025 3:06:01 PM

Need your personal address

11/5/2025 3:06:43 PM (Read 11/5/2025 3:07:21 PM)

Tory Schwope (+19132085386)

12517 Harris Rd
Lee's Summit MO
64086

11/5/2025 3:07:28 PM (Read 11/5/2025 3:07:28 PM)

Tory Schwope (+19132085386)

Have you heard from Brad McCormick?

11/6/2025 2:12:02 PM (Read 11/6/2025 2:13:45 PM)

Tory Schwope (+19132085386)

Brad turned me down as a client also. I assume he never reached out to you? What is my next move?

11/6/2025 2:14:32 PM

Wow. Chicago. What about the firm that sued Edmundson for the collection action.

11/6/2025 2:14:39 PM

Never called me.

11/6/2025 2:15:44 PM (Read 11/6/2025 2:25:20 PM)

Tory Schwope (+19132085386)

They fired me as a client also. Claimed a conflict because the represented the company.

11/6/2025 2:25:35 PM

Bullshit.

11/6/2025 2:25:51 PM

Go back to Warfield.

11/6/2025 2:26:10 PM (Read 11/6/2025 4:18:56 PM)

Tory Schwope (+19132085386)

Alright.

11/10/2025 9:22:01 AM (Read 11/10/2025 10:19:19 AM)

Tory Schwope (+19132085386)

Warfield shut me down.

11/10/2025 11:14:47 AM

Really.  I have never witnessed this before.

11/10/2025 11:15:03 AM

Call Tom Riske

11/10/2025 11:17:17 AM (Read 11/10/2025 11:17:27 AM)

Tory Schwope (+19132085386)

Got it.

11/10/2025 11:18:25 AM (Read 11/10/2025 11:55:39 AM)

Tory Schwope (+19132085386)

Why won't any of these guys give me any explanation?  That's the most frustrating part.

11/10/2025 11:56:00 AM

Don't understand.   Really odd.

11/12/2025 10:53:08 AM (Read 11/12/2025 12:51:01 PM)

Tory Schwope (+19132085386)

Have you heard anything from Tom?  I have called and left a couple of messages.  I haven't heard anything back yet.

11/12/2025 12:03:53 PM (Read 11/12/2025 12:51:01 PM)

Tory Schwope (+19132085386)

Just got off the phone with Tom.  It sounds like he may help me. 👍

11/12/2025 12:51:09 PM

Awesome.

11/14/2025 3:09:45 PM (Read 11/14/2025 3:26:29 PM)

Tory Schwope (+19132085386)

Do you know Frank Wendt?

11/14/2025 3:10:03 PM (Read 11/14/2025 3:26:29 PM)

Tory Schwope (+19132085386)

Tom had a conflict.

11/14/2025 3:26:35 PM

No way.

11/14/2025 4:03:03 PM (Read 11/14/2025 4:05:33 PM)

Tory Schwope (+19132085386)

He referred me to Spencer.  I just got off the phone with him.

11/17/2025 12:53:54 PM (Read 11/17/2025 5:32:42 PM)

Tory Schwope (+19132085386)

What are your thoughts about Spencer Desai?

11/17/2025 5:33:02 PM

I'm not a huge fan.  Lazy atty.

11/17/2025 5:33:31 PM (Read 11/17/2025 5:45:13 PM)

Tory Schwope (+19132085386)

Thx

11/17/2025 5:45:26 PM

Call me in 5 minutes.

11/17/2025 5:46:59 PM

Don't know him.

11/26/2025 10:21:38 AM (Read 11/26/2025 10:22:13 AM)

Tory Schwope (+19132085386)

What are your thoughts on the filings today?

11/26/2025 10:22:23 AM

What filings.

11/26/2025 10:22:41 AM

Asking for more time.

11/26/2025 10:23:27 AM (Read 11/26/2025 10:23:27 AM)

Tory Schwope (+19132085386)

Yes. For focus and Spencer Fane but not Lewis Rice. Did you win?

11/26/2025 10:24:33 AM

No they asked for more time on mine too. I'm filing an objection. I sent depo transcript to a lady who said she represents you.

11/26/2025 10:26:04 AM (Read 11/26/2025 10:26:12 AM)

Tory Schwope (+19132085386)

Yes. I hired Frank Wendt. I think he is pretty good.

11/26/2025 10:26:38 AM (Read 11/26/2025 10:26:38 AM)

Tory Schwope (+19132085386)

He doesn't seem to be afraid of Brent at all.

11/26/2025 10:28:15 AM (Read 11/26/2025 11:01:40 AM)

Tory Schwope (+19132085386)

He is with Brown & Ruprecht

12/5/2025 11:10:44 AM (Read 12/5/2025 11:49:58 AM)

Tory Schwope (+19132085386)

Do you have time for a quick call with me today or sometime over the weekend?

12/8/2025 11:01:10 PM

Sorry forgot this. Talk in morning.

12/9/2025 10:36:48 AM (Read 12/9/2025 10:44:33 AM)

Tory Schwope (+19132085386)

Any time. My friend.

12/9/2025 7:36:06 PM (Read 12/9/2025 7:48:51 PM)

Tory Schwope (+19132085386)

Fyi. Both Bruce and Frank told me that they were long time personal friends with Cynthia, but that she was much harder on them in court. They said she has higher expectations for people she has a relationship with, but they didn't think that affected her judgments.

12/9/2025 7:36:46 PM (Read 12/9/2025 7:48:51 PM)

Tory Schwope (+19132085386)

Please don't forget get to shoot me Tim's cell number.

12/9/2025 8:15:24 PM

I looked for it and honestly don't have it. I will track it down.

12/9/2025 10:01:12 PM (Read 12/9/2025 10:03:22 PM)

Tory Schwope (+19132085386)

Thx

12/13/2025 1:38:28 PM (Read 12/13/2025 3:10:41 PM)

Tory Schwope (+19132085386)

Thanks a bunch for the wine, pal!

12/13/2025 3:10:47 PM

Enjoy.

12/15/2025 5:49:07 PM (Read 12/15/2025 5:56:58 PM)

Tory Schwope (+19132085386)

Springfield, Kentucky.

Washington County

12/17/2025 8:42:22 AM (Read 12/17/2025 10:24:06 AM)

Tory Schwope (+19132085386)

I found an attorney for VH. 👍

12/17/2025 8:42:50 AM (Read 12/17/2025 10:24:06 AM)

Tory Schwope (+19132085386)

Sarah Mattingly with Dinsmore.

12/17/2025 10:24:17 AM

Awesome.

1/1/2026 2:19:42 PM




1/1/2026 3:42:44 PM (Read 1/1/2026 3:43:39 PM)

Tory Schwope (+19132085386)

😉🤞

1/6/2026 4:26:48 PM


5:26

2026-01-06 Notice [dckt 500_0...

Case 25-50053-can11 Doc 500 Filed 01/06/26 Entered 01/06/26 15:28:21 Desc
Main Document Page 1 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DCA OUTDOOR, INC., et al.[1] | ) | Case No. 25-50053-11 |
| | ) | CHAPTER 11 |
| Debtors. | ) | (Jointly Administered) |

SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on January 2, 2026 (the "**Petition Date**"), Edmundson, Inc., d/b/a Arbor Valley Nursey ("**Arbor Valley**") filed for chapter 11 bankruptcy protection under title 11 of the United States Code (the "**Bankruptcy Code**") in the Bankruptcy Court for the District of Colorado, Denver Division, with case number 26-10019-JGR.

PLEASE TAKE FURTHER NOTICE pursuant to Bankruptcy Code section 362(a), the automatic stay is in effect and has been since the Petition Date.

PLEASE TAKE FURTHER NOTICE that additional information regarding the status of the Bankruptcy Case may be obtained by reviewing the docket of the Bankruptcy Case, available electronically at https://pacer.uscourts.gov/file-case/court-cmecf-lookup/court/COBK (PACER login and password required), or by contacting Arbor Valley's proposed bankruptcy counsel, J. Brian Fletcher, at jbfletcher@OFRlaw.com.

[1] The other Debtors in these Chapter 11 cases are as follows, with the last four digits of their respective EINs: Anna Evergreen, LLC (2226); Brehob Nurseries, LLC (3791); Colonial Farms, LLC (3736); Colonial Gardens Developments, LLC (2413); Colonial Gardens, LLC (9612); DCA Land Holdings Company, LLC (4280); DCA Land Illinois, LLC (1397); (DCA Land Indiana, LLC (4848); DCA Land Kansas, LLC (8049); DCA Land Kentucky, LLC (4280); DCA Land Missouri, LLC (6728); DCA Land Oregon, LLC (6830); KAT Nurseries, LLC (4682); PlantRight Supply, LLC (3464); Schwope Brothers Tree Farm, LLC (6725); Schwope Brothers West Coast, LLC (2354); Utopian Plants Indiana, LLC (8385); Utopian Transport, LLC (3456); Utopian Trees, Inc. (3868). The Debtors' corporate headquarters and service address for these Chapter 11 cases is 5840 NW Prairie View Road, Kansas City, Missouri 64151

-1-

Case 25-50053-can11 Doc 500 Filed 01/06/26 Entered 01/06/26 15:28:21 Desc
Main Document Page 2 of 3

Dated: January 6, 2026

Respectfully submitted,

POLSINELLI PC

/s/ Andrew J. Nazar
ANDREW J. NAZAR (MO #57928)
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
(816) 753-1000
Fax No. (816) 753-1536
anazar@polsinelli.com

-and-

Preview

1/6/2026 4:26:48 PM

He started the trouble.

1/6/2026 4:29:58 PM (Read 1/6/2026 4:30:18 PM)

Tory Schwope (+19132085386)

Did you notice Jaime is not the council

1/6/2026 4:31:51 PM

Interesting.  Probably one of the largest creditors.

1/6/2026 4:32:30 PM (Read 1/6/2026 4:33:00 PM)

Tory Schwope (+19132085386)

Have you spoken to Sarah in Kentucky yet?

1/6/2026 4:33:51 PM

No.  She did call today.  I will call her tomorrow.  She left a message asking for the Cincinnati insurance policy.

1/6/2026 4:34:35 PM (Read 1/6/2026 4:40:20 PM)

Tory Schwope (+19132085386)

That might be Susan in KC.

1/6/2026 4:35:42 PM (Read 1/6/2026 4:40:20 PM)

Tory Schwope (+19132085386)

I guess not.  Susan called me today because we got some kind of response from them today.

1/6/2026 4:40:32 PM

About?

1/6/2026 4:40:47 PM

Has someone made a demand on you.

1/6/2026 4:46:56 PM (Read 1/6/2026 4:46:58 PM)

Tory Schwope (+19132085386)

No.  We sent the a letter  with all of Brent’s accusations.  I sent it to you.

1/6/2026 4:47:29 PM (Read 1/6/2026 4:47:29 PM)

Tory Schwope (+19132085386)

I just realized I sent it to the wrong email address.  Sorry.

1/6/2026 4:47:34 PM

Nope haven't seen it but that's ok.

2/2/2026 10:35:53 AM (Read 2/2/2026 11:36:47 AM)

Tory Schwope (+19132085386)

I have some important things to share with you. Please call at your convenience.

2/2/2026 11:37:35 AM

I tried.

2/2/2026 12:26:22 PM (Read 2/2/2026 12:47:04 PM)

Tory Schwope (+19132085386)

Sorry. I was in a meeting. I'm free the rest of the day.

2/5/2026 8:06:33 PM

You see valley hill got sued today.

2/5/2026 8:07:36 PM (Read 2/5/2026 8:20:39 PM)

Tory Schwope (+19132085386)

It hasn't come through on DocketBird yet, but my Kentucky lawyer called and told me about it.

2/5/2026 8:08:31 PM (Read 2/5/2026 8:20:39 PM)

Tory Schwope (+19132085386)

Will it be in Judge Norten's Court?

2/5/2026 8:21:06 PM

Yes. Bankruptcy court. I like your chances.

2/16/2026 6:41:12 PM (Read 2/16/2026 6:49:28 PM)

Tory Schwope (+19132085386)

I have some things I would like to share with you. Please give me a call when you have a few minutes.