EXHIBIT 88 4-23-26 KB

Message

**From:** Parres, Larry E. [LParres@lewisrice.com]
**Sent:** 7/25/2025 10:53:22 AM
**To:** Samantha Schwope [samantha@dcaoutdoor.com]; Hall, John J. [jhall@lewisrice.com]
**Subject:** RE: Tory Leased Equipment

Document a lease—date it as of the date it was put in place and if its pre-petition the better

tell him no?

**Larry E. Parres**
lparres@lewisrice.com
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7660 (direct)
314.616.0252 (cell)
314.612.7660 (fax)
www.lewisrice.com

---

**From:** Samantha Schwope <samantha@dcaoutdoor.com>
**Sent:** Friday, July 25, 2025 10:30 AM
**To:** Hall, John J. <jhall@lewisrice.com>; Parres, Larry E. <LParres@lewisrice.com>
**Subject:** [EXTERNAL] RE: Tory Leased Equipment

Because we have to have the equipment and Farm Credit Leasing wouldn't lease it to us. He actually did do this pre-petition. He had a few vehicles that he leased because he got better rates by purchasing/leasing himself, so this isn't necessarily outside of the normal course of business.

DCA Outdoor
growth is the key

Samantha Schwope
Corporate Controller

5840 NW Prairie View Rd | Kansas City, MO 64151
direct: 913.575.9788

Confidentiality Note: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

---

**From:** Hall, John J. <jhall@lewisrice.com>
**Sent:** Friday, July 25, 2025 10:17 AM
**To:** Parres, Larry E. <LParres@lewisrice.com>; Samantha Schwope <samantha@dcaoutdoor.com>
**Subject:** RE: Tory Leased Equipment

No, not unless he did this regularly prepetition. Is one lease already signed by Tory individually?

Otherwise, Frontier will hammer the debtors on doing this, and I don't know that FMG would approve payments. Why not have the company sign the lease? That's probably ordinary course.

**John J. Hall**
jhall@lewisrice.com
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7635 (direct)

314.612.7635 (fax)
www.lewisrice.com

**From:** Parres, Larry E. <LParres@lewisrice.com>
**Sent:** Friday, July 25, 2025 10:14 AM
**To:** Samantha Schwope <samantha@dcaoutdoor.com>; Hall, John J. <jhall@lewisrice.com>
**Cc:** Parres, Larry E. <LParres@lewisrice.com>
**Subject:** RE: Tory Leased Equipment

Yikes he did this post-petition? That's not smart. John do you think we can say that this is ordinary course?

**Larry E. Parres**
lparres@lewisrice.com

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7660 (direct)
314.616.0252 (cell)
314.612.7660 (fax)
www.lewisrice.com

**From:** Samantha Schwope <samantha@dcaoutdoor.com>
**Sent:** Friday, July 25, 2025 10:05 AM
**To:** Parres, Larry E. <LParres@lewisrice.com>; Hall, John J. <jhall@lewisrice.com>
**Subject:** [EXTERNAL] RE: Tory Leased Equipment

He started leasing the equipment in May for John Deere so I'll have to back date that one. He has not signed the lease for Kubota yet. I'll write the leases and it sounds like we will not need to assume them since they are not pre-petition.

DCA Outdoor
growth is the key

Samantha Schwope
Corporate Controller

5840 NW Prairie View Rd | Kansas City, MO 64151
direct: 913.575.9788
Confidentiality Note: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Parres, Larry E. <LParres@lewisrice.com>
**Sent:** Friday, July 25, 2025 10:02 AM
**To:** Samantha Schwope <samantha@dcaoutdoor.com>; Hall, John J. <jhall@lewisrice.com>
**Cc:** Parres, Larry E. <LParres@lewisrice.com>
**Subject:** RE: Tory Leased Equipment

I am a straight shooter—write a sub-lease from Tory to SBWC and pay it—the facts are facts no matter what we do the facts don't change. Do it the right way. How long has this been going on and does the lease need an effective date so that we can assume it and make a back payments on it just like we did with Farm Credit Leasing.

**Larry E. Parres**
lparres@lewisrice.com

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7660 (direct)
314.616.0252 (cell)
314.612.7660 (fax)
www.lewisrice.com

---

**From:** Samantha Schwope <samantha@dcaoutdoor.com>
**Sent:** Friday, July 25, 2025 9:53 AM
**To:** Parres, Larry E. <LParres@lewisrice.com>; Hall, John J. <jhall@lewisrice.com>
**Subject:** [EXTERNAL] Tory Leased Equipment

Hey Guys,

Need an answer regarding this issue. This came up a while back and I don't know that we ever landed on an answer. FMG is telling me they cannot give me advice, I need to defer to you.

Tory has leased equipment under his name that Schwope Brothers West Coast is using. The vendors are John Deere and Kubota. We have 3 options for getting Tory paid, and I need to know which option is best:

1. I write a lease and SBWC leases the equipment from Tory (con-this may appear that Tory is trying to profit from the company)
2. We submit the bill to FMG for direct payment (con-the bill is under Tory's name)
3. Tory pays the bill and gets reimbursed by the company (con-Tory has to front the money, but this seems to be the cleanest from my perspective)

Please let me know what you think.

Thank you,

DCA Outdoor
*growth is the key*

Samantha Schwope
Corporate Controller

5840 NW Prairie View Rd | Kansas City, MO 64151
direct: 913.575.9788

Confidentiality Note: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

This message, including attachments, is from the law firm of Lewis Rice LLC. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 314-444-7600. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.
This message, including attachments, is from the law firm of Lewis Rice LLC. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 314-444-7600. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.
This message, including attachments, is from the law firm of Lewis Rice LLC. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If

you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 314-444-7600. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.