**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | |
|---|---|
| In re:<br><br>DCA Outdoor, Inc., et al.,[1]<br><br>Debtors. | Case No. 25-50053-11<br>CHAPTER 11<br><br>(Jointly Administered) |

**NOTICE OF DEPOSITION OF ROBERT E. EGGMANN**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, made applicable herein by Rule 9014 of the Federal Rules of Bankruptcy Procedure, counsel for Frontier Farm Credit, FLCA and Frontier Farm Credit, PCA will take the deposition upon oral examination of **Robert E. Eggmann** on Thursday, November 24, 2026 at 9:00 am prevailing Central Time, at the offices of Shook Hardy Bacon, 190 Carondelet Plaza United 1350, St. Louis, MO 63105, or at such other time as agreed upon by counsel to the parties.

The Deposition is noticed in connection with the contested matter concerning the *Second and Final (as Determined by ECF Order #520) Application for Compensation for Lewis Rice LLC [ECF 443], The Official Committee of Unsecured Creditors' Preliminary Objection to the Final Fee Application of Lewis Rice LLC as Counsel to Debtor and Debtors-in-possession for the final period of February 2, 2025, through October 31, 2025 [ECF 628].*

[1] The other Debtors in these Chapter 11 cases are as follows, with the last four digits of their respective EINs: Anna Evergreen, LLC (2226); Brehob Nurseries, LLC (3791); Colonial Farms, LLC (3736); Colonial Gardens Developments, LLC (2413); Colonial Gardens, LLC (9612); DCA Land Holding Company, LLC (4280); DCA Land Illinois, LLC (1397); DCA Land Indiana, LLC (4848); DCA Land Kansas, LLC (8049); DCA Land Kentucky, LLC (4280); DCA Land Missouri, LLC (6728); DCA Land Oregon, LLC (6830); KAT Nurseries, LLC (4682); PlantRight Supply, LLC (3464); Schwope Brothers Tree Farms, LLC (6725); Schwope Brothers West Coast, LLC (2354); Utopian Plants Indiana, LLC (8385); Utopian Transport, LLC (3456); Utopian Trees, Inc. (3868).

The Deposition will be transcribed by videographer and stenographic means and will continue from day to day until complete.

Date: November 19, 2026

Respectfully submitted,

KUTAK ROCK LLP

By /s/ *Lisa M. Peters*

Lisa M. Peters (admitted *pro hac vice*)
Victoria H. Buter (admitted *pro hac vice*)
1650 Farnam Street
Omaha, Nebraska 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
Email: lisa.peters@kutakrock.com
Email: victoria.buter@kutakrock.com

– and –

Michael E. Brown (MO Bar No. 49979)
KUTAK ROCK LLP
2405 Grand Boulevard, Suite 600
Kansas City, Missouri 64108
Telephone: (816) 960-0090
Facsimile: (816) 960-0041
Email: michael.brown@kutakrock.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the court using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system upon filing.

*/s/ Lisa M. Peters*
Lisa M. Peters